**IN THE UNITED STATES**

**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:88-cv-508<br><br>Senior Judge Eric G. Bruggink |

JOINT STATUS REPORT

On April 2, 2001, the Court issued an Order in which it directed the parties to file a status report on or before July 31, 2001 and every 120 days thereafter, advising the Court as to the status of the litigation in *Masayesva v. Zah*, 65 F.3d 1445 (9th Cir. 1995), *cert. denied*, 517 U.S. 1168 (1996) ("1934 Litigation"). Pursuant to that Order, the following status report is hereby submitted:

1. As the Court is aware, the parties' prior status reports discussed in detail the status of the 1934 Litigation. The 1934 Litigation remains pending before the district court in Arizona on remand from the Ninth Circuit Court of Appeals regarding the Hopi Tribe's claims to approximately one-half of the Bennett Freeze area based upon religious use.

2. On April 26, 2002, the district court signed the order granting the parties' motion for mediation. The Navajo Nation and the Hopi Tribe have attended several mediation sessions and mediation remains ongoing. To date, the remaining issues in the 1934 Litigation have not been resolved.

3. While the Navajo Nation and the United States await resolution of the 1934 Litigation, they are currently conducting informal discovery. In addition, the parties are working with their experts in anticipation of resolving some or all of the disputed issues among themselves.

4. Pursuant to the Court's April 2, 2001 Order, the parties will advise the Court with respect to the status of the 1934 Litigation on or before December 29, 2006. However, if during the interim the district court issues its order with respect to the 1934 Litigation or the parties resolve the matter through mediation, the Navajo Nation and the United States shall file a status report proposing scheduling for further proceedings in this action within 30 days after the conclusion of the 1934 Litigation.

5. The undersigned counsel for the Nation has been authorized by counsel for the United States to indicate they concur in this report.

Dated: August 31, 2006

Respectfully submitted,

BRUCE R. GREENE
M. CATHERINE CONDON
Greene, Meyer & McElroy, P.C.
1007 Pearl St., Ste. 220
Boulder, Colorado 80302
(303) 442-2021 (phone)
(303) 444-3490 (fax)

PETER J. OSETEK
412 E. Huron Street
Ann Arbor, Michigan 48104
(313) 995-4154

*Counsel for the NAVAJO NATION*

*/s/ Bruce R. Greene*
By:______________________________
Bruce R. Greene

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2006, I electronically filed the foregoing *Joint Status Report* with the Clerk of the Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the following:

William J. Shapiro william.shapiro@usdoj.gov

*/s/ D.A. Vitale*