**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION, Plaintiff, v. THE UNITED STATES, Defendant, | ) | No. 508-88L<br>Senior Judge Eric G. Bruggink |

# JOINT STATUS REPORT

On April 2, 2001, the Court issued an Order in which it directed the parties to file a status report on or before July 31, 2001, and every 120 days thereafter, advising the Court as to the status of the litigation in *Masayesva v. Zah*, 65 F.3d 1445 (9th Cir. 1995), *cert. denied*, 517 U.S. 1168 (1996) ("1934 Litigation"). Pursuant to that Order, the parties hereby submit the following status report:

1. Until recently, the 1934 Litigation was pending before the federal district court in Arizona on remand from the Ninth Circuit Court of Appeals regarding the Hopi Tribe's claims to approximately one-half of the Bennett Freeze area based upon religious use.

2. On November 3, 2006, the Navajo Nation and the Hopi Tribe signed an Intergovernmental Compact. The Secretary of the Interior also signed the Intergovernmental Compact to reflect the Department of the Interior's approval of the document. The Intergovernmental Compact purported to resolve all outstanding issues in the 1934 Litigation.

3. On December 1, 2006, the Intergovernmental Compact and a Stipulation for Entry of Order and Final Judgment was submitted to the federal district court in Arizona.

4. On December 4, 2006, the federal district court in Arizona approved the Intergovernmental Compact and entered final judgment. See Ex. 1. The district court's order

states that as a result of the Intergovernmental Compact, "no lands are any longer 'in litigation' for purposes of 25 U.S.C. § 640d-9(f), and that the restrictions on development contained in that statute, commonly known as the 'Bennett Freeze,' are of no further force or effect." Id. at 4, ¶ 7.

5. The parties to the instant lawsuit have discussed the Intergovernmental Compact and have had preliminary discussions about the most efficient way to proceed in this case. The parties agree that additional time is needed to fully discuss and explore the available options. Hence, the parties propose submitting a further status report in this action on or before February 28, 2007, at which time the parties will propose to the Court a recommended course of action for further proceedings.

Dated: December 28, 2006

Respectfully submitted,

BRUCE R. GREENE
M. CATHERINE CONDON
Greene, Meyer & McElroy, P.C.
1007 Pearl St., Ste. 220
Boulder, Colorado 80302
(303) 442-2021 (phone)
(303) 444-3490 (fax)

PETER J. OSETEK
412 E. Huron Street
Ann Arbor, Michigan 48104
(734) 769-4500

*Counsel for the NAVAJO NATION*

By: s/ Bruce R. Green by s/ G. Evan Pritchard
Bruce R. Greene

WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, California 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

EVAN PRITCHARD
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, DC 20004
(202) 305-0203 (phone)
(202) 305-0506 (fax)

*Counsel for the UNITED STATES OF AMERICA*

By: s/ William J. Shapiro by s/ G. Evan Pritchard
William J. Shapiro