EXHIBIT A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NAVAJO NATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 508-88L<br>Senior Judge Eric G. Bruggink |

AFFIDAVIT OF CONFIDENTIALITY

STATE OF ____________________,

1. My name is ___________. I work at ___________. I am serving in the following capacity on behalf of ___________ in the above-captioned proceeding: _________________.

2. I certify that I have fully read and completely understand the Joint Stipulation of Confidentiality attached and incorporated herewith as Exhibit 1. I undertake and agree to abide fully and completely by its terms.

3. In particular, and without limitation of the foregoing, I recognize that documents may contain privileged proprietary information; I agree to keep confidential the information in those documents; I shall not disclose to, reveal, or discuss in any way any confidential material or the facts and information contained therein with any person other than as authorized by the attached Joint Stipulation of Confidentiality; and I shall not use confidential information for any purpose, except as provided by the terms of this stipulation.

4. I understand that, if I disclose any confidential material or information derived from any confidential material in violation of this Joint Stipulation of Confidentiality, I may be subject to all applicable sanctions, including the penalties imposed by the Court for contempt.

5. I agree to return any such documents at the conclusion of this litigation to the producing counsel as provided in paragraph 7 of the Stipulation.

______________________________
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS __________ DAY OF ______________, 2007.

______________________________
NOTARY PUBLIC