**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| NAVAJO NATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 508-88L<br>Senior Judge Eric G. Bruggink |

**[PROPOSED] ORDER**

The Court having found good cause for the entry of an order approving the foregoing stipulation of the parties,

IT IS THEREFORE ORDERED that the stipulation as contained herein is approved, and it is further

ORDERED that this jointly stipulated confidentiality and non-disclosure Order shall govern access to documents as provided herein, unless modified by further order of this Court.

Date: ______________________________

______________________________
SENIOR JUDGE ERIC G. BRUGGINK
United States Court of Federal Claims