# In the United States Court of Federal Claims

No. 508-88L
(Filed: January 25, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
NAVAJO NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

On January 23, 2007, the parties filed a Joint Stipulation of Confidentiality. The court adopts the language contained in the stipulation. Accordingly, it is ORDERED that the joint stipulation of confidentiality shall govern access to documents as provided therein, unless modified by further order of the court.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge