**IN THE UNITED STATES**

**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION, | ) | |
| | ) | No. 508-88L |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Eric G. Bruggink |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the parties' December 28, 2006 Joint Status Report, the parties submit the following report:

1. The parties are continuing to exchange documents that may be relevant to the issues raised in this case.

2. Plaintiffs are in the process of preparing responses to certain discovery requests from the United States. Defendant believes that those responses may narrow the issues in dispute or otherwise provide a basis for determining future proceedings. Plaintiffs expect to provide responses to the Defendant's requests by March 15, 2007.

3. The parties have discussed the most efficient way to proceed in this case. The parties agree that additional time is needed to fully discuss and explore the available options.

4. The parties propose submitting a further status report in this action on or before May 4, 2007.

Dated: February 28, 2007

Respectfully submitted,

BRUCE R. GREENE
M. CATHERINE CONDON
Greene, Meyer & McElroy, P.C.
1007 Pearl St., Ste. 220
Boulder, Colorado 80302
(303) 442-2021 (phone)
(303) 444-3490 (fax)

PETER J. OSETEK
412 E. Huron Street
Ann Arbor, Michigan 48104
(313) 995-4154

*Counsel for the NAVAJO NATION*

By: /s Bruce R. Greene by and with permission
Peter J. Osetek

WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, California 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

EVAN PRITCHARD
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, DC 20004
(202) 305-0203 (phone)
(202) 305-0506 (fax)

*Counsel for the UNITED STATES OF AMERICA*

By: /s William J. Shapiro