**IN THE UNITED STATES**

**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION, | ) | |
| | ) | No. 508-88L |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Eric G. Bruggink |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the parties' February 28, 2007 Joint Status Report, the parties submit the following report:

1. The parties are continuing to exchange documents that may be relevant to the issues raised in this case.

2. In the parties' February 28, 2007 Joint Status Report, the parties stated their expectation that Plaintiff would provide certain discovery responses to the Defendant by March 15, 2007. Defendant received Plaintiff's responses on April 30, 2007, and is currently in the process of reviewing those responses.

3. The parties are continuing to discuss the most efficient way to proceed in this case, and agree that additional time is needed to fully discuss and explore the available options.

4. The parties propose submitting a further status report in this action on or before July 9, 2007.

Dated: May 4, 2007

Respectfully submitted,

BRUCE R. GREENE
M. CATHERINE CONDON
Greene, Meyer & McElroy, P.C.
1007 Pearl St., Ste. 220
Boulder, Colorado 80302
(303) 442-2021 (phone)
(303) 444-3490 (fax)

PETER J. OSETEK
412 E. Huron Street
Ann Arbor, Michigan 48104
(313) 995-4154

*Counsel for the NAVAJO NATION*

By: /s Bruce R. Greene

WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, California 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

EVAN PRITCHARD
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, DC 20004
(202) 305-0203 (phone)
(202) 305-0506 (fax)

*Counsel for the UNITED STATES OF AMERICA*

By: /s William J. Shapiro