**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION, | ) | |
| | ) | No. 508-88L |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Eric G. Bruggink |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME

In the parties' Joint Status Report of May 4, 2007, the parties proposed submitting a further status report on July 9, 2007. As explained below, the parties require an additional two weeks in which to file their next joint status report.

As stated in the status report of May 4, 2007, Plaintiffs provided Defendant with certain discovery responses on April 30, 2007. Defendant continues to review those responses. In addition, Defendant has identified additional documents located at various Bureau of Indian Affairs offices in New Mexico and Arizona, as well as at a federal records center in Lenexa, Kansas, that may be responsive to discovery requests served on Defendant by Plaintiffs. Defendant has been and continues to make the necessary arrangements with the United States Department of the Interior for identifying relevant documents and providing them to Plaintiffs as efficiently as possible. Finally, the parties agree that they could use approximately two more weeks to determine how best to proceed with the litigation.

Therefore, for the reasons stated above, the parties respectfully request an additional fourteen (14) days, until July 23, 2007, in which to file their next status report. The parties have

not previously requested an enlargement of time for the filing of their joint status report. This motion was jointly prepared by counsel for the parties.

Dated: July 6, 2007

Respectfully submitted,

BRUCE R. GREENE
M. CATHERINE CONDON
Greene, Meyer & McElroy, P.C.
1007 Pearl St., Ste. 220
Boulder, Colorado 80302
(303) 442-2021 (phone)
(303) 444-3490 (fax)

PETER J. OSETEK
412 E. Huron Street
Ann Arbor, Michigan 48104
(734) 769-4500

*Counsel for the NAVAJO NATION*

By: s/ Bruce R. Greene by s/ G. Evan Pritchard
Bruce R. Greene

WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, California 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

EVAN PRITCHARD
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, DC 20004
(202) 305-0203 (phone)
(202) 305-0506 (fax)

*Counsel for the UNITED STATES OF AMERICA*

By: s/ William J. Shapiro by s/ G. Evan Pritchard
William J. Shapiro