**IN THE UNITED STATES**

**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION, | ) | |
| | ) | No. 508-88L |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Eric G. Bruggink |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the parties' May 4, 2007 Joint Status Report, and the Court's July 10, 2007 Order, the parties submit the following report:

1. The parties are continuing to exchange documents that may be relevant to the issues raised in this case.

2. Defendant recently advised the Plaintiff that there are additional documents located in two or three different field offices that the Defendant intends to acquire and copy. Defendant anticipates being able to provide these documents to Plaintiff by the end of August.

3. Defendant also advised the Plaintiff that there are potentially relevant documents located in a federal records repository in Lenexa, Kansas. The documents relating generally to the Navajo Nation are stored in over 4,500 boxes. In an attempt to narrow the number of boxes relevant to this matter, the Defendant has developed four different priorities. Based on that priority system, it appears that 67 boxes of documents are relevant to this matter. However, that number could be higher.

4. The parties will not know the exact number of documents remaining to be reviewed until they have had an opportunity to review the boxes stored at Lenexa, Kansas.

5. Defendant is in the process of determining the most efficient way to permit review of the documents stored at Lenexa, Kansas. Once this process has been determined, Defendant will notify Plaintiff to expedite the review of these documents.

6. Although the Defendant intends to expedite this process, at this point in time the parties do not know how long it is going to take to gain access to the documents, review the documents and possibly copy the documents.

7. Once the parties have had an opportunity to review the documents, they will be in a position to determine the most efficient way to proceed in this case. The parties agree that additional time is needed to fully discuss and explore the available options.

8. The parties propose submitting a further status report in this action as soon as they have had a chance to review the documents and determine the most efficient way to proceed in this case but no later than October 22, 2007.

Dated: July 23, 2007

Respectfully submitted,

BRUCE R. GREENE
M. CATHERINE CONDON
Greene, Meyer & McElroy, P.C.
1007 Pearl St., Ste. 220
Boulder, Colorado 80302
(303) 442-2021 (phone)
(303) 444-3490 (fax)

PETER J. OSETEK
412 E. Huron Street
Ann Arbor, Michigan 48104
(313) 995-4154

*Counsel for the NAVAJO NATION*
By: /s Peter J. Osetek

WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, California 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

EVAN PRITCHARD
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, DC 20004
(202) 305-0203 (phone)
(202) 305-0506 (fax)

*Counsel for the UNITED STATES OF AMERICA*

By: /s William J. Shapiro