**IN THE UNITED STATES**

**COURT OF FEDERAL CLAIMS**

ELECTRONICALLY FILED ON OCT. 23, 2007

| | | |
|---|---|---|
| THE NAVAJO NATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, | ) | No. 508-88L<br><br>Senior Judge Eric G. Bruggink |

**THE NAVAJO NATION'S STATUS REPORT**

Pursuant to the parties' July 23, 2007 Joint Status Report, and the Court's July 24, 2007 Order, the parties were required to file a Joint Status Report with the Court yesterday, October 22, 2007. As stated in the United States' Status Report, the parties exchanged draft proposed reports, but were unable to agree on a final version. Indeed, the United States did not notify the Navajo Nation that it intended to submit a separate Status Report until approximately 7:00 p.m. E.D.T. The Navajo Nation, therefore, submits the following Status Report on this date, October 23, 2007:

1. The Navajo Nation agrees with paragraphs 1-6 and 8 of the United States' Status Report.

2. The Navajo Nation does not concur with portions of paragraph 7 of the United States' Status Report -- in particular, the second sentence thereof. The Navajo Nation is mindful that the United States previously filed its Motion for Summary Judgment, which was unsuccessful. The Navajo Nation believes the Court's ruling on that motion is the law of the case. However, if there are issues that can be resolved early, either by agreement or by dispositive motions, the Nation is willing to consider those issues. The Navajo Nation is not, however, willing to endorse this idea in

the abstract. Rather, the Navajo Nation believes that the parties will be working on a plan for moving this case forward over the next several weeks and submitting a proposed plan to the Court on December 18, 2007.

Dated: October 23, 2007

Respectfully submitted,

BRUCE R. GREENE
M. CATHERINE CONDON
Greene, Meyer & McElroy, P.C.
1007 Pearl St., Ste. 220
Boulder, Colorado 80302
(303) 442-2021 (phone)
(303) 444-3490 (fax)

PETER J. OSETEK
412 E. Huron Street
Ann Arbor, Michigan 48104
(313) 995-4154

*Counsel for the NAVAJO NATION*

*/s/ Bruce R. Greene*
By:________________________________
Bruce R. Greene