**IN THE UNITED STATES**

**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant, | ) | No. 508-88L<br><br>Senior Judge Eric G. Bruggink |

**JOINT STATUS REPORT**

Pursuant to the United States' October 22, 2007 Status Report and the Plaintiff's October 23, 2007 Status Report, the parties submit the following joint report.

1. In their October reports, the parties stated their intention to propose a case management plan on or before today, December 18, 2007.

2. The parties have discussed proposals for further proceedings in this case on several occasions. To date, however, the parties have not reached an agreement on a proposed plan.

3. On December 3, 2007, Plaintiff transmitted a proposed case management plan to the United States. Plaintiff transmitted a revised proposed case management plan to the United States on December 6, 2007.

4. The parties discussed Plaintiff's proposal, and alternative proposals, on December 6, 2007.

5. On December 12, 2007, the United States transmitted a revised proposed case management plan to Plaintiff. Plaintiff is currently considering the United States' proposal.

6. The parties agree that additional time is needed to fully discuss and explore the available options.

7. The parties propose submitting a proposed case management plan in this action on or before January 14, 2008.

Dated: December 18, 2007

Respectfully submitted,

BRUCE R. GREENE
M. CATHERINE CONDON
Greene, Meyer & McElroy, P.C.
1007 Pearl St., Ste. 220
Boulder, Colorado 80302
(303) 442-2021 (phone)
(303) 444-3490 (fax)

PETER J. OSETEK
412 E. Huron Street
Ann Arbor, Michigan 48104
(734) 769-4500

*Counsel for the NAVAJO NATION*

By: */s Bruce R. Greene*
Bruce R. Greene

WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, California 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

MARK BARRON
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, DC 20004
(202) 305- 0490
(202) 305-0506 (fax)

*Counsel for the UNITED STATES OF AMERICA*

By: *_/s William J. Shapiro_*