# In the United States Court of Federal Claims

No. 508-88L
(Filed: December 19, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
NAVAJO NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has before it the parties' Joint Status Report filed December 18, 2007. The court directs the parties to file another joint status report on or before January 14, 2008. The court will schedule a telephonic status conference shortly thereafter.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge