LAND & NATURAL RESOURCE DIVISION
1990 APR -2 PM 3:48

# In the United States Claims Court

FILED
MAR 28 1990
U.S. CLAIMS COURT

THE NAVAJO NATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 508-88L

(Filed: March 28, 1990)

## ORDER

Upon consideration of the representations made by the parties during the oral arguments held on March 27, 1990, and for the reasons explained by the court at the close of those arguments, it is hereby ORDERED:

1. On or before the date 45 days from the date of this order, plaintiff shall file its amended complaint.

2. Defendant's April 12, 1989, motion to dismiss is denied without prejudice to defendant against raising the issues presented therein in a motion for summary judgment concerning plaintiff's amended complaint.

3. On or before the date 30 days after service of plaintiff's amended complaint, the parties shall file a joint status report proposing scheduling for further proceedings in this action.

ROGER B. ANDEWELT
Judge

Exhibit 3 to the United States' Motion for Adoption of Proposed Case Management

LANDS DIVISION
General Litg. Sec.