# In the United States Court of Federal Claims

No. 88-508L
(Filed: January 23, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * *
NAVAJO NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has before it plaintiff's status report and defendant's Motion for Adoption of Proposed Case Management Plan, both filed on January 14, 2008. In light of the disagreement between the parties on the proposed course of case management, a telephonic status conference shall be held on Thursday, February 14, 2008, at 4:00 pm EST. The call will be placed from chambers and will be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge