# In the United States Court of Federal Claims

No. 88-508L
(Filed: February 14, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
NAVAJO NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's Motion for Adoption of Proposed Case Management Plan filed on January 14, 2008. For the reasons stated on the record during the telephonic status conference held on February 14, 2008, the following is ordered:

1. The stay of proceedings is lifted.

2. Defendant's motion is granted to the extent that it may file a motion for summary judgment on or before June 2, 2008.

3. Plaintiff will not be required to respond to that motion until after a further determination by the court that it should be required to do so.

4. A telephonic status conference to discuss further proceedings will be scheduled by the court to take place after the filing of defendant's motion.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge