**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION, | ) | |
| | ) | No. 508-88L |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Eric G. Bruggink |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| ________________________________________ | ) | |

**UNITED STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Defendant, the United States of America, respectfully requests leave to exceed the page limitation that Rule 5.2(b)(1) of the Rules of the Court of Federal Claims ("RCFC") establishes, and file a dispositive motion with a page limit not to exceed 50 pages. In accordance with the Court's February 14, 2008 Scheduling Order (Doc. No. 103), the United States intends to file a dispositive motion on June 2, 2008. Under RCFC 5.2(b)(1), the United States' brief may not exceed 40 pages, unless the Court grants leave to exceed that page limit. The United States believes that it will need an additional 10 pages, and therefore requests leave to file a brief with a page limit not to exceed 50 pages. As grounds for this motion, the United States presents the following:

1. The United States' planned motion will address, in substantive detail, the jurisdictional grounds for Plaintiff Navajo Nation's breach of trust and Fifth Amendment takings claims, as well as certain questions of substantive law that may be dispositive of some or all of Plaintiff's claims. Because of the inclusive nature of the arguments that the United States intends to raise, it respectfully requests sufficient space to explicate the legal arguments underlying its motion in as comprehensive a manner as possible. At the same time, the United

States is cognizant of the Court's rules and, if the Court grants the United States' request, will make every effort to minimize the number of pages by which it will exceed the customary limit.

2. On May 30, 2008, the United States' counsel contacted Plaintiff's counsel regarding the relief requested in this motion. Plaintiff's counsel informed the United States' counsel that Plaintiff does not oppose this motion.

3. The granting of this motion will not cause any undue prejudice or harm to the rights and interests of the parties or the Court.

For the foregoing reasons, the United States respectfully requests that the Court grant this motion and allow the United States to file a brief that is up to and including 50 pages in length.

Dated: May 30, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

s/ William J. Shapiro
WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, California 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

MARK S. BARRON
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, DC 20530
(202) 305-0490 (phone)
(202)305-0506 (fax)