




Exhibit 1 to
United States' Motion
DOJ1