Case 1:88-cv-00538-EGB Document 106-3 Filed 06/02/2008 Page 1 of 1



the southeast quarter of section thirty-four, township sixteen and one-half north, range thirteen west of the Gila and Salt River meridian, be, and the same is hereby, reserved from settlement, entry, sale, or other disposition for use of the Walapai Indians, subject to any valid, existing right, legal or equitable, of any person thereto.

WM. H. TAFT.

## MOQUI (OR HOPI) RESERVATION.

EXECUTIVE MANSION, *December 16, 1882.*

It is hereby ordered that the tract of country in the Territory of Arizona lying and being within the following-described boundaries, viz, beginning on the one hundred and tenth degree of longitude west of Greenwich, at a point 36° 30′ north; thence due west to the one hundred and eleventh degree of longitude west; thence due south to a point of longitude 35° 30′ north; thence due east to the one hundred and tenth degree of longitude west; thence due north to place of beginning, be, and the same is hereby, withdrawn from settlement and sale, and set apart for the use and occupancy of the Moqui and such other Indians as the Secretary of the Interior may see fit to settle thereon.

CHESTER A. ARTHUR.

## NAVAJO RESERVATION.

[Partly in Utah and New Mexico.]

EXECUTIVE MANSION, *October 29, 1878.*

It is hereby ordered that the tract of country in the Territory of Arizona lying within the following-described boundaries, viz, commencing at the northwest corner of the Navajo Indian Reservation, on the boundary line between the Territories of Arizona and Utah; thence west along said boundary line to the one hundred and tenth degree of longitude west; thence south along said degree to the thirty-sixth parallel of latitude north; thence east along said parallel to the west boundary of the Navajo Reservation; thence north along said west boundary to the place of beginning, be, and the same hereby is, withdrawn from sale and settlement and set apart as an addition to the present reservation for the Navajo Indians.

R. B. HAYES.

---

EXECUTIVE MANSION, *January 6, 1880.*

It is hereby ordered that the following-described country lying within the boundaries of the Territories of New Mexico and Arizona, viz, commencing in the middle of the channel of the San Juan River where the east line of the Navajo Reservation in the Territory of New Mexico, as established by the treaty of June 1, 1868 (15 Stat., 667), crosses said river; thence up and along the middle channel of said river to a point 15 miles due east of the eastern boundary line of said reservation; thence due south to a point due east of the present southeast corner of said reservation; thence due south 6 miles; thence

Exhibit 2 to
United States' Motion
EXHIBIT 1 DOJ2