EXECUTIVE MANSION, *April 24, 1886.*

It is hereby ordered that the following-described tract of country in the Territory of New Mexico, viz, all those portions of townships 29 north, ranges 14, 15, and 16 west of the New Mexico principal meridian, south of the San Juan River, be, and the same is hereby, withdrawn from sale and settlement and set apart as an addition to the Navajo Indian Reservation.

GROVER CLEVELAND.

---

EXECUTIVE MANSION,
*Washington, D. C., November 19, 1892.*

It is hereby ordered that the Executive order of May 17, 1884, by President Chester A. Arthur, withdrawing from sale and settlement and setting apart as a reservation for Indian purposes certain lands in the Territories of Utah and Arizona, be, and the same hereby is, modified so that all the lands described in said order which lie west of the 110th degree of west longitude and within the Territory of Utah be, and the same hereby are, restored to the public domain, freed from the reservation made by said order.

BENJ. HARRISON.

---

EXECUTIVE MANSION, *January 8, 1900.*

It is hereby ordered that the tract of country lying west of the Navajo and Moqui reservations in the Territory of Arizona, embraced within the following-described boundaries, viz, beginning at the southeast corner of the Moqui Reservation and running due west to the Little Colorado River; thence down that stream to the Grand Canyon Forest Reserve; thence north on the line of that reserve to the northeast corner thereof; thence west to the Colorado River; thence up that stream to the Navajo Indian Reservation, be, and the same is hereby, withdrawn from sale and settlement until further ordered.

WILLIAM McKINLEY.

---

WHITE HOUSE, *November 14, 1901.*

It is hereby ordered that the following-described tract of country in Arizona, viz, commencing at a point where the south line of the Navajo Indian Reservation (addition of January 8, 1900) intersects the Little Colorado River; thence due south to the fifth standard parallel north; thence east on said standard to the middle of the south line of township 21 north, range 15 east; thence north on the line bisecting townships 21, 22, 23, 24, said range 15 east, to the south line of the Moqui Reservation; thence due west to the place of beginning, be, and the same is hereby, withdrawn from sale and settlement until such time as the Indians residing thereon shall have been settled permanently under the provisions of the homestead laws or the general allotment act approved February 8, 1887 (24 Stats., 388), and the act amendatory thereof, approved February 28, 1891 (26 Stats., 794).

THEODORE ROOSEVELT.

---

*Pueblo Industrial School Reserve.*

EXECUTIVE MANSION, *October 3, 1884.*

It is hereby ordered that the following-described tract of land in the county of Bernalillo and Territory of New Mexico, viz, all that certain piece, parcel, or tract of land situate, lying, and being in the

Exhibit 3 to
United States' Motion
DOJ3