UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
HOPI INDIAN AGENCY
KEAMS CANYON, ARIZONA

# N O T I C E

April 4, 1966

TO: JACK FRANK, a Navajo Indian.

The Hopi Tribal Council has by Resolution No. 30 of December 29, 1965, determined that the presence of you and your family on the Hopi Indian Reservation is in violation of the Council's Ordinance No. 13 and has given you proper and timely notice that unless you voluntarily moved from the Reservation by April 1, 1966, you would be removed and excluded therefrom. The Secretary of the Interior has determined that the Ordinance, Resolution and Notice were proper and within the authority of the Hopi Tribal Council and that it is his duty to assist the Tribe in the enforcement thereof. Therefore, by direction of the Secretary of the Interior you are hereby ordered forthwith to remove and exclude yourself and all members of your family from the Hopi Indian Reservation. Should you fail to do so immediately, the matter of your expulsion will be referred to the Attorney General for appropriate legal action against you.

Served By Richard H McIntire
Hopi Agency Special officer
at Echo Canyon
Have Joe Kaalunto
John Yellowback
at 10:25 A.M
Witness - [illegible]

Clyde W. Pensoneau
CLYDE W. PENSONEAU, Superintendent
Hopi Agency
Keams Canyon, Arizona

XERO COPY XERO COPY XERO COPY XERO COPY
COPY