NAVAJO AREA OFFICE
WINDOW ROCK, ARIZONA
RECEIVED
APR 11 1966
MAIL & FILES

April 8, 1966

Mr. W. Wade Head

Area Director, Phoenix, Arizona

Dear Mr. Head:

Reference is made to the telegram of April 1, 1966, from Assistant Secretary of the Interior, Harry R. Anderson, directing me to serve notice of removal and exclusion to each Navajo person who was earlier served with Hopi Tribal Notice of Determination of Harmful Presence on the Hopi Reservation and Order of Expulsion and Exclusion, and who has not yet moved from the Hopi Reservation.

This will advise that on April 5 and April 6, 1966, the Navajo people still residing within the Hopi Reservation were served with removal and exclusion notices. The Navajo people served were as follows:

2 Joe and Wanda Kabinto, his wife
(Each served separately)
1 Harry Bahe
2 John Yellowhair and Mary Etta Yellowhair, his wife
(Each served separately)
1 Mary Kabinto Yesslith
1 Inez Kabinto Nelson
1 Katie Nelson
1 Vinton Nelson
2 Jack Frank and Leta Frank, his wife
(Each served separately)
2 David George and Elizabeth Redhorse George, his wife
(Each served separately)
2 Dan Joe Grayhair and Agnes George Grayhair, his wife
(Each served separately)
1 Rose George Baker

The following Navajo people who were served with Notices of Removal last January were either not residing on the Hopi Reservation and thus available for Service, or had already removed themselves from the Hopi Reservation. Should these people return to the Hopi Reservation and take up residence, they will be served with Notice of Removal:

cc rec'd ref Mr Talgue

XERO COPY XERO COPY XERO COPY
COPY

Alice Bahe
James Baker
Dandy George
May Lillie George (wife of Dandy George)
Kee Nelson

A copy of each Notice and Return of Service are submitted herewith. In accordance with the instructions contained in the telegram cited above, like copies of these Notices and Returns of Service are being sent to the Commissioner of Indian Affairs.

Sincerely yours,

Clyde W. Pensoneau
Superintendent

cc: Commissioner, BIA
Washington, D.C. (20242)
Graham Holmes, Area Director
Navajo Agency
Window Rock, Arizona

XERO COPY XERO COPY XERO COPY

COPY