IN REPLY REFER TO:

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
WASHINGTON, D.C. 20242

OCT 31 1967

RECEIVED NOV 1967 HOPI INDIAN AGENCY KEAMS CANYON, ARIZ.

Memorandum

To: Graham E. Holmes, Navajo Area Director
W. Wade Head, Phoenix Area Director

From: Commissioner of Indian Affairs

Subject: October 17 meeting of Navajo-Hopi Negotiating Committees

This will confirm the conclusions and agreements reached at the October 17, 1967, meeting at Flagstaff, Arizona, with the Navajo and Hopi Negotiating Committees. This memorandum will also serve to revise my letter of July 8, 1966, as it pertains to the administration of that portion of the area lying west of the Executive Order Reservation of 1882, as delineated in my letter of July 8, 1966.

Since my letter of July 8, 1966, public works type projects as distinguished from commercial and other type developments involving a third party, have been discussed with Tribal and Council members of both the Navajo and Hopi Tribes. Accordingly, my letter of July 8, 1966, is revised as follows:

1. The approval or disapproval of public works type projects, will be determined by the Commissioner of Indian Affairs in that portion of the area lying west of the Executive Order Reservation of 1882 and bounded on the north and south by westerly extensions, to the reservation line, of the northern and southern boundaries of the said Executive Order Reservation.

2. Although approval or disapproval of public works type projects is reserved to the Commissioner of Indian Affairs, and will not henceforth require joint tribal approval, all proposed developments as outlined in my July 8, 1966, letter will be submitted to the Commissioner for determination as to whether they fall within the public works category, and otherwise for his information and consideration.

Under the above policy revision, I find it necessary to approve the Two Grey Hill School and the Tuba City Hospital since these public works type projects are so vitally needed to serve the best interests of the members of both tribes. When the site planning is completed and a final site is selected, each tribe will be advised of the exact site for these two facilities.

It is understood that my approval of the above facilities will include approval for any necessary roads and power lines to serve the facilities. The construction of these facilities will in no way prejudice the rights of either tribe in any determination of their land use rights or land ownership.

It is understood from the Flagstaff meeting that local committees (Navajo and Hopi members living in the vicinity of Moencopi and Tuba City) will be formed to assist in making an on-the-ground survey of land use areas, including present use and by whom, by the following categories of use: (1) Grazing (2) farming, and (3) community use. These use areas are to be translated on a map for presentation and discussion purposes at our next meeting. Technical assistance by the Bureau staff will be available to assist in this effort. It does seem that there should be agreement as to some land use areas and that it should be possible for joint recommendations as to these property lines. Use areas suggested by each committee that cannot be agreed upon by both committees will provide the basis for further study and negotiation.

In addition to the committees for an on-the-ground survey of land use areas, I am requesting that the Navajo and Hopi tribes form a joint local education committee of local residents to work with the Bureau in the development and administration of the education program in the Moencopi-Tuba City area.

Dr. Rabeau concurs in this approach for a joint health committee to work with Indian Health in the development and administration of the proposed hospital.

It is sincerely hoped that each committee will come to the next working conference prepared to propose and support, with a map or maps, what they consider to be their respective interests; that the two committees can agree on some area of use and that through negotiation the area of disagreement can be narrowed and thus form the basis for an early and amicable legislative presentation to the Congress of a bill to end confusion of ownership.

I am looking forward to our next working conference which is scheduled for November 27, 28 and 29 at Francisco Grande, Casa Grande, Arizona. I shall look to Area Director Head to make the necessary arrangements for this conference.

Robert L. Bennett

Robert L. Bennett
Commissioner

cc: John Boyden, 11-8-67