INDIAN
Real Estate Svcs.
Administration

AUG - 4 1972

Dear Mr. MacDonald:

In my letter of June 5, I described two areas in the immediate vicinity of Tuba City and Moencopi communities and proposed that developmental opportunities initiated by local residents and the respective tribal councils might proceed without the approval of both tribes.

At our meeting last July 7, 1972, the proposal was discussed with both tribal chairmen. As an interim arrangement to facilitate local development of public and private facilities of benefit to local residents, the administrative procedures issued by the Acting Commissioner of Indian Affairs December 28, 1970, are modified as follows for the Tuba City and Moencopi areas.

Leases, permits, rights-of-way and other transactions affecting real property interests will only require execution by or consent of the Navajo Tribe within the Tuba City area and the Hopi Tribe within the Moencopi area. This modification does not extend to or include contracts or authorizations to drill water wells. Administrative approvals or grants of rights-of-way will be by the authorized representatives of the Secretary who has jurisdictional responsibility.

This modification is limited to the areas described in the enclosures hereto and does not otherwise change the procedures contained in the December 28, 1970, memorandum. Also, nothing contained herein is intended to be prejudicial to the interests of

either tribe in the resolution of their respective rights in and to the 1934 Boundary Bill Area.

Sincerely yours,

(sgd) Harrison Loesch

Assistant Secretary of the Interior

Mr. Peter MacDonald
Chairman
Navajo Tribal Council
Window Rock, Arizona 86515

Enclosures

IDENTICAL LETTER SENT TO CHAIRMAN OF THE HOPI TRIBE

cc: Area Directors, Phoenix and Navajo Offices with copy of incoming.

Secretary's Surname
Secretary's Reading File (2)
LM
BIA Surname
300
350
Chrony
Mailroom
350: DEMaynard/lsm/7-12-72

United States Department of the Interior

OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20240

RECEIVED
JUN 9 1972
THE HOPI TRIBE
ORAIBI, ARIZONA

JUN 5 1972

Dear Mr. Hamilton:

In conversation in recent weeks the suggestion has been put forth that it would be to the mutual advantage of the Hopi and Navajo Tribes if it was no longer a requirement for both tribes to agree to any surface leases or rights-of-way in the immediate vicinity of Tuba City or Moencopi. This would permit certain types of needed developments to proceed, both in the Tuba City area and the Moencopi area.

I am enclosing a map delineating two areas. If both tribes are agreeable, I would be willing to modify the existing instructions so that leases or rights-of-way could be entered by either tribe without the agreement of the other in their respective areas outlined on the attached map. These areas would be designated simply for this purpose and as an interim arrangement and would in no way be prejudicial to the interests of either tribe in resolving their respective rights in the 1934 Boundary Bill area.

Sincerely yours,

Harrison Loesch

Harrison Loesch
Assistant Secretary --
Public Land Management

Mr. Clarence C. Hamilton
Chairman
Hopi Tribal Council
P. O. Box 123
Oraibi, Arizona 86039

Enclosure

WRO475
Exhibit 14 to
United States' Motion
DOJ38

Exclusive Hopi administered area in and around the Village of Moencopi, Arizona. Administration to be by the Hopi Tribal Council and Hopi Agency, Keams Canyon, Arizona. "Tribal land in the N/2 N/2 section 4, T. 31 N., R. 11 E., G&SRBM; that part of the S/2 section 28, SE/4SE/4 section 29, and the E/2 E/2 section 32 all lying South and East of the centerline of U. S. Highway 164; and all of section 33, T. 32 N., R. 11 E., G&SRBM."

Exclusive Navajo administered area in and around the Tuba City, Arizona, area. Administration to be by the Navajo Tribal Council and Navajo ARea Office, Window Rock, Arizona. "Tribal lands in the SE/4, S/2 SW/4 section 17, W/2 section 21, all of section 20, E/2 E/2 section 19, E/2 section 30, and that part of the W/2 section 28, section 29 and the E/2 E/2 section 31 all lying North and West of the centerline of the U. S. Highway 164, all in T. 32 N. R. 11 E., G&SRBM."




WRO477

Exhibit 14 to United States' Motion

DOJ40