R.P.M
1934

ATTN:

Jackson
Hernandez
Lee

FILE

United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
WASHINGTON, D.C. 20242

IN REPLY REFER TO:

Real Estate Svcs.
Administration
BCCO 3392

AUG 15 1972

Memorandum:

To: Area Directors, Phoenix and Navajo Areas

From: Commissioner of Indian Affairs

Subject: Modification of December 28, 1970, Memorandum Which Established Procedures for Real Estate Transactions within the Hopi-Navajo 1934 Disputed Area

The Assistant Secretary has issued a modification of the December 28, 1970, procedures adopted for administration of the 1934 Boundary Bill Area. Copies of the Assistant Secretary's letter to the chairmen of the respective tribal councils are enclosed for your guidance in future administrative action affecting real property in the vicinity of Tuba City and Moencopi.

As you will note, the modification only extends to these two delineated areas and does not change the procedural instruction otherwise. Leases, permits, rights-of-way or other transactions affecting real property interest within each of the described areas can be approved or rights-of-way granted by the authorized representative if executed or consented to by the Navajo Tribe within the Tuba City area and by the Hopi Tribe within Moencopi. No water well-drilling contracts or authorizations are to be approved without the participation by both tribes.

RECEIVED
REAL PROP. MGMT.
AUG 18 1972

cc: Supt. Hopi

RECEIVED
1972

WRO791

Exhibit 15 to
United States' Motion
DOJ41

The implementation of the modified procedures will permit completion of certain developmental programs within the respective communities.

John O Crow
Deputy Commissioner

Enclosure

# United States Department of the Interior

OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20240

~~1. Area Director~~
2. Work with [illegible] others
3. [illegible]
does this exclude Pasture Canyon (in the Hopi description)
cc - RPM

AUG - 4 1972

Jackson
Hernandez
Lee
FILE

Dear Mr. MacDonald:

In my letter of June 5, I described two areas in the immediate vicinity of Tuba City and Moencopi communities and proposed that developmental opportunities initiated by local residents and the respective tribal councils might proceed without the approval of both tribes.

At our meeting last July 7, 1972, the proposal was discussed with both tribal chairmen. As an interim arrangement to facilitate local development of public and private facilities of benefit to local residents, the administrative procedures issued by the Acting Commissioner of Indian Affairs December 28, 1970, are modified as follows for the Tuba City and Moencopi areas.

Leases, permits, rights-of-way and other transactions affecting real property interests will only require execution by or consent of the Navajo Tribe within the Tuba City area and the Hopi Tribe within the Moencopi area. This modification does not extend to or include contracts or authorizations to drill water wells. Administrative approvals or grants of rights-of-way will be by the authorized representatives of the Secretary [illegible] jurisdictional responsibility.

This modification is limited to the areas described in the enclosures hereto and does not otherwise change the procedures contained in the December 28, 1970, memorandum. Also, nothing contained herein is intended to be prejudicial to the interests of

BUREAU OF INDIAN AFFAIRS
RECEIVED
AUG [illegible] 1972
PHOENIX

REAL PROP. [illegible]
AUG [illegible]

WRO793

Exhibit 15 to
United States' Motion
DOJ43

either tribe in the resolution of their respective rights in and to the 1934 Boundary Bill Area.

Sincerely yours,

(Sgd) Harrison Loesch

Secretary of the Interior

Mr. Peter MacDonald
Chairman
Navajo Tribal Council
Window Rock, Arizona 86515

Enclosures

IDENTICAL LETTER SENT TO CHAIRMAN OF THE HOPI TRIBE

cc: Area Directors, Phoenix and Navajo Offices with copy of incoming.