HOPI TRIBE

P. O. BOX 123

ORAIBI, ARIZONA 86039

September 9, 1975

Mr. Lynn R. Montgomery
Acting Project Officer
Bureau of Indian Affairs
Joint Use Administrative Office
125 E. Birch Avenue
Flagstaff, Arizona 86001

Dear Mr. Montgomery:

At its Special meeting held on August 14, 1975, the Hopi Tribal Council disapproved the following requests to survey roads within the 1934 Boundary Bill area and the 1882 Executive Order Reservation. This letter would be in reply to all your previous correspondence in regards to these requests.

1. BIA Route 41 - Pinon northwesterly via Forest Lake ✓
2. BIA Routes [redacted] and N6130 - Cedar Ridge to Highway 90 near Gap Trading Post).
3. N21 - Tonalea (Red Lake) northerly toward Kaibeto. ✓
4. N16 - U. S. Highway 160 toward Navajo Mountain. ✓
5. N62 - Highway 264 to Rocky Ridge School
6. N6110 - Cedar Ridge to the Shinom Alter (1934 B.B.)
7. N21 - The Gap northerly toward Coppermine (Bodaway Mesa

The Council feels that they cannot approve such requests at this time until the land problem between the Navajo and Hopi Tribes has been resolved.

BF0016945

Sincerely,

Leona J. Natsoway

Leona J. Natsoway
Tribal Secretary
Hopi Tribal Council

LJN:dt

RECEIVED
OCT 20 1975
BIA
NAVAJO AREA ROADS

RECEIVED
SEP 15 1975
JUA OFFICE

013730

Exhibit 16 to
United States' Motion
DOJ45 NNDSC10699