# THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA) 86515

PETER MACDONALD
CHAIRMAN, NAVAJO TRIBAL COUNCIL

WILSON C. SKEET
VICE CHAIRMAN, NAVAJO TRIBAL COUNCIL

November 22, 1978

Roy Dan, Executive Director
Agency Housing Project
Bureau of Indian Affairs
Navajo Western Agency
Tuba City, Arizona 86045

Dear Mr. Dan:

On behalf of the Navajo-Hopi Land Dispute Commission, we like to Thank You and all members of the Western Navajo Agency Housing Development Advisory Committee for inviting us and allowing us to participate in your orientation.

The problems are immense and the living conditions in the former Joint Use Area have greatly deteriorated due to the freeze imposed on September 28, 1962, by the Federal District Court then located in Prescott, Arizona. This ruling even became more stringent on October 14, 1972, by an order of the Tucson Federal District Court.

This freeze imposed a prohibition on all construction and improvements to existing structures, private and public. The freeze included not only private hogans but schools, health facilities, bridges, roads, wells and other water supplies and all community improvements. Basically, the land dispute has meant nothing but deprevation of the basic necessities for nearly 20 years.

On February 10, 1977, the date of the partition order, the freeze on construction was lifted in the area partitioned to the Navajos but not in the area partitioned to the Hopi Tribe. This partition judgement was again reaffirmed August 30, 1978, pending final adjudication of the Southern and Western boundary of the 1882 Executive Order Area.

On behalf of the Navajo residents of the 1882 Executive Order Area, we appreciate your continuing efforts to address

the innumerable problems confronting them. If you should need at anytime our assistance, please do not hesitate to call us at 871-4941, ext. 1359 or 1360.

Freddie Howard, Assistant Director
Navajo-Hopi Land Dispute Commission

FH/br

cc: A. Begay, Agency Director
Tuba City
Tulley Man, O.M.P.A.
Tuba City