# EXHIBIT B

| NAME OF NAVAJO/PROJECT | LOCATION | DATE OF REQUEST | TYPE OF REQUEST | HOPI RESPONSE | DATE OF RESPONSE |
|---|---|---|---|---|---|
| Tuba City Hospital/High School Complex | Tuba City | 06/00/1967 | Construction of Greyhills High School and additional housing for Indian Health Service personnel | Denied | 06/00/1967 |
| Tuba City Mutual Help Housing | Tuba City | 12/00/1971 | Extend utility right-of-way to Tuba City housing project | Approved | 12/29/1971 |
| Cameron Water and Sewer Extensions | Cameron | 7/24/1972, 8/4/1972, 6/28/1976 | Extend water and sewer to Cameron residents | No response on record | 7/21/1976 |
| Tso, Emmett | Tuba City | 00/00/1973 | Replacement of burned out home, in existence long before the Bennett Freeze | Denied | |
| Rare Metals Housing | Rare Metals | 00/00/1974 | Repair of water and sewer system at former Rare Metals Uranium Processing Site | Approved | 2/9/1979 |
| Pasture Canyon Irrigation | Pasture Canyon | 3/5/1974 | Proposal to improve Pasture Canyon irrigation system to benefit both Navajo and Hopi farmers | Denied | 6/23/1982 |
| Gap/Cedar Ridge Water and Sewer Systems | Gap/Cedar Ridge | 3/18/1975, 4/4/1975, 2/23/1977 | Indian Health Service proposal to provide water system to benefit 30 homes in Gap area | Ignored | |
| N 20 Right-of-way | Gap/Coppermine | 4/23/1975 | Survey road (N 20) running from Gap north to Coppermine | Denied | 9/9/1975 |
| N 21 Right-of-way | Red Lake | 4/23/1975 | Request to approve right-of-way for paving existing road (N 21) to serve Red Lake and Kaibeto communities, including BIA schools | Denied | 9/9/1975 |
| N 6120 Right-of-way | Cedar Ridge | 8/14/1975 | Survey unpaved road (N 6120) from Cedar Ridge | Denied | 9/9/1975 |
| N 6130 Right-of-way | Cedar Ridge | 8/14/1975 | Survey road (N 6130) from Cedar Ridge to Gap | Denied | 9/9/1975 |
| N 6110 Right-of-way | Cedar Ridge | 8/14/1975 | Survey unpaved road (N 6110) west of Highway 89, at Cedar Ridge | Denied | 9/9/1975 |
| Sewage Lagoon, Tuba City | Tuba City | 12/30/1975 | Request to repair leaking sewage lagoon adjacent to Moencopi Wash | Unknown | 1/19/1976 |
| Allen Construction Co. | Tuba City | 00/00/1976 | Request permit to remove 700 cubic yards of gravel from gravel pit located east of Moencopi Village | Approved | 4/13/1976 |
| Van Zee Water and Waste Lines | Van Zee | 6/28/1976, 11/22/1976 | Indian Health Service proposal to provide adequate domestic water and waste disposal facilities for 14 families residing near Van Zee | Denied | 9/15/1976 |
| Red Lake Power Line | Red Lake | 8/7/1976 | Request to provide electrical service to Red Lake Community Housing Project, school and medical facility | Denied | Oct-76 |
| Cameron Sewage Lagoon | Cameron | 8/11/1976 | Request for sewer line and sewage lagoon | No response on record | |
| Kerley Valley Water Distribution | Kerley Valley | 8/11/1976 | Request to provide a domestic water distribution system to serve families living in Kerley Valley | Denied | 9/15/1976 |
| Gap/Cedar Ridge Powerline | Gap | 8/11/1976 | Request to provide electricity to homes in the Cedar Ridge Community | Ignored by the Hopi Tribe | |
| Nez, Renie | Unknown | 9/8/1976 | Application for new construction | No response on record | |

EXHIBIT B

Exhibit 22 to
United States' Motion
DOJ132

| NAME OF NAVAJO/PROJECT | LOCATION | DATE OF REQUEST | TYPE OF REQUEST | HOPI RESPONSE | DATE OF RESPONSE |
|---|---|---|---|---|---|
| Tuba City High School and Indian Health Service Hospital | Tuba City | 00/00/1977 | Construction of new Tuba City high school and Indian Health Service hospital | Approved | 00/00/1977 |
| Tappan Springs Water Line | Tappan Springs (Cameron) | 2/23/1977 | Indian Health Service proposal to develop a water system to serve 11 Navajo families that reside in Tappan Springs area | Ignored | 6/29/1977 |
| Moenave Water Distribution | Moenave Water Distribution | 2/23/1977 | Develop domestic water and sewer system to serve 12 Navajo families | Ignored | |
| Cedar Ridge Water Distribution | | 2/23/1977 | Develop water distribution system to provide water service to 30 families | Ignored by Hopi Tribe | |
| Cedar Ridge Water Distribution | Cedar Ridge | 1/27/1978 | Community Water System to provide water and sewage services to 50 families which have never had a domestic water supply | Denied | 2/14/1978 |
| Zahaney, Rose | | 8/22/1978 | Provide electrical service to residence | Denied | 2/2/1979 |
| Indian Health Service Water System | Tuba City | 8/4/1978 | Indian Health Service proposal to develop a domestic water supply and sewer system to serve 23 families living near the Old Tuba City airport | No response on record | |
| Rare Metals Powerline | Rare Metals | 2/8/1979 | Extension of powerline to Rare Metals | Denied | 2/9/1979 |
| West Tuba City Water Distribution | Tuba City | 3/26/1979 | Indian Health Service proposal to develop a community water system to provide domestic water to 31 Navajo families | Denied | 4/23/1979 |
| Preston Mesa Powerline | Preston Mesa | 8/30/1979 | Right-of-way for power line extension to serve families without electric service | Ignored | |
| Bennett, Bobby James | Tuba City | 1/7/1980 | Hook up to electrical service | Denied | 2/14/1980 |
| N 21 Right-of-Way | Red Lake | 2/7/1980 | Request to approve right-of-way for paving existing road (N 21) to Red Lake and Kaibeto communities, including BIA schools | Denied | 2/24/1981 |
| N 21 Red Lake - Kaibeto Road | Red Lake | 4/2/1980 | Request for right-of-way for road construction/improvement of existing road which serves communities and schools | Denied | 9/11/1981 |
| Kerley Valley Sewer Extension | Kerley Valley | 4/11/1980 | Extension of existing water distribution system of approx. 3,500 feet | Approved | 7/14/1980 |
| Tuba City landfill | Tuba City | 7/8/1980 | Request for public landfill in accordance with Public Health Code | Record not clear | 10/23/1980 |
| Tappan Springs | Tappan Springs (Cameron) | 8/13/1980 | Request to extend electrical service to 3 families in Freeze area | No response on record | |
| N 21 Right-of-Way | Red Lake | 10/22/1980 | Request for right-of-way for road construction/improvement of existing road which serves communities and schools | Denied | 6/23/1981 |
| Lane, Keith & Dorothy | Wildcat Peak | 4/16/1981 | Request for approval of a homesite lease for family that has resided at location for years | Denied | 6/4/1981 |
| NTUA Water Well/Forest Lake Powerline | Tuba City/Forest Lake | 6/18/1981 | Two part request to drill another NTUA Water Well to serve the residents of the Tuba City area, and to extend the existing power line from Black Mesa to Forest Lake community | Approved, conditioned on Navajo approval of Hopi request | 7/2/1981 |

| NAME OF NAVAJO/PROJECT | LOCATION | DATE OF REQUEST | TYPE OF REQUEST | HOPI RESPONSE | DATE OF RESPONSE |
|---|---|---|---|---|---|
| Haskey, Mike | Tuba City | 00/00/1982 | Replacement of burned out trailer | Denied | 3/10/1982 |
| Tuba City water irrigation project | Tuba city | 00/00/1982 | | Initially tabled - subsequently approved Area A, but not Area B | 6/23/1982, 8/13/1982 |
| Saganitso, Victor Sr. | Tuba City | 3/22/1982 | Replacement of existing home | No response on record | |
| Cedar Ridge Pre-school | Cedar Ridge | 5/13/1982 | Proposal to build preschool facility for unserved area | No response on record | |
| Keebahe, Norman | Cameron | 6/28/1982 | Replacement of inadequate housing (old 16'x 24' frame structure with no utilities) for paraplegic and family | First request ignored.\|Second request denied | 8/26/1982 |
| Bilagody, Stella | Tuba City | 7/6/1982 | Replacement of 1-room shack ("without proper covering") for elderly Navajo woman with severe degenerative disc disease | Denied | 8/26/1982 |
| Mott, Billy | Bodaway/Gap | 7/6/1982 | Replacement of existing "two-room shack, with an incomplete structure in the back" | No response on record | |
| Tacheeni, Jack and Mae | Bodaway/Gap | 7/6/1982 | Replacement of dilapidated one-room shack with plastic tarp outside | Denied | 8/26/1982 |
| Yellowhair, Kahn | Coalmine Mesa | 7/6/1982 | Room addition to existing residence | No response on record | |
| Watson, Stella | Rare Metals | 7/6/1982 | Replacement of dilapidated hogan for grandmother and grandchildren | No response on record | |
| Nez, Chee | Coalmine Mesa | 7/6/1982 | Replacement of stone hogan | No response on record | |
| Tisi, Charley | Bodaway/Gap | 7/6/1982 | Bathroom addition to existing residence | No response on record | |
| Tacheenie, Jennie | Bodaway/Gap | 7/6/1982 | Replacement for deteriorated residence | No response on record | |
| Keebahe, Norman | Cameron | 7/28/1982 | Request for approval of homesite lease | No response on record | |
| Neztsosie, David | 89/264 Junction | 9/29/1982 | Request to build replacement house because his current home is "literally falling apart" | No response on record | |
| Kelly, Andrew, Sr. | Tuba City/Moencopi | 1/20/1983 | Requesting waiver of homesite lease. | No response on record | |
| Gap/Bitter Springs Powerline | Gap/Bitter Springs | 4/14/1983 | Extend existing NTUA powerline from Gap north to Bitter Springs Housing Project (located outside Freeze) | Denied | 11/30/1983 |
| Rare Metals Uranium Mine Reclamation | Rare Metals | 5/3/1983 | Cleanup of uranium processing facility under federal program | Approved | |
| APS | Various | 6/23/1983 | Hopi letter to Arizona Public Service Company containing Hopi's view that by providing electrical hookups APS would be violating law | | |
| Kelly, Andrew, Sr. | Tuba City/Moencopi | 1/20/1984 | Requesting waiver of homesite lease. | No response on record | |
| Bilagody, Stella | | 7/13/1984 | Request for 12 x 20 replacement house | No response on record | |
| Mott, Anna | Bodaway/Gap | 7/13/1984 | Widow with five children requests replacement of severely dilapidated shack with a house | No response on record | |
| Tacheeni, Jack and Mae | Bodaway/Gap | 7/13/1984 | Replacement of dilapidated one room shack | No response on record | |
| Manygoats, Margaret | Tonalea | 7/13/1984 | Replacement of dilapidated hogan with two bedroom house | No response on record | |
| Yellowhair, Kahn | Coalmine Mesa | 7/13/1984 | 10'x 12' addition to existing housing; renovation | No response on record | |
| Means, Kee John | Cameron | 10/16/1984 | Connection to electric line for quadriplegic Navajo | Approved | 6/20/1985 |

Exhibit 22 to
United States' Motion
DOJ133

| NAME OF NAVAJO/PROJECT | LOCATION | DATE OF REQUEST | TYPE OF REQUEST | HOPI RESPONSE | DATE OF RESPONSE |
|---|---|---|---|---|---|
| Anderson, Bob | Tuba City | 11/19/1984 | Use of Pasture Canyon water for HUD housing construction by building contractor | Hopis contend that the use of the Pasture Canyon water is development, and consent is required. Subsequent Navajo request denied | |
| APS | | 3/21/1985 | Request for easment for 12kv electric line | No response on record | |
| Black, Emma | Bodaway/Gap | 10/21/1985 | Replace 16'x 16' hogan, which collapsed due to age and structural deterioration | No response on record | |
| Maize, Henry | Tonalea | 8/5/1986 | Replacement of severely dilapidated hogan (20' diameter) | No response on record | |
| George, Kenneth | Coalmine Mesa | 10/22/1986 | Replacement for collapsed hogan | Denied | 11/21/1986 |
| Bodaway/Gap Water Extension | Bodaway/Gap | 10/19/1987 | Extend existing water service to additional families | No response on record | |
| Nez, Willie and family | Bodaway/Gap | 10/26/1987 | Replacement of small (16'x 16') dilapidated hogan | Denied | 4/19/1988 |
| Arizona, Hotachellie | Bodaway/Gap | 00/00/1988 | Replacement of hogan | Approved "under protest" with condition that replacement be of original dimensions | 10/21/1988 |
| Dodson, Raymond and Christine | Tonalea | 4/19/1988 | Construction of electric line; hook up | No response on record | |
| Cameron School | Cameron | 8/16/1988 | Request by superintendent of school district for Hopi Tribal approval of Cameron school. At present only K-3 attend school locally. Other students must commute 40-50 miles daily | No response on record | |
| Black, Helen | Bodaway/Gap | 9/7/1988 | Housing repairs | Denied | 9/9/1988 |
| Johnson, Dorothy | Bodaway/Gap | 9/7/1988 | Repairs to 20-year old house; electricity and running water | Denied | 9/9/1988 |
| Secody, Mary | Bodaway/Gap | 9/7/1988 | Woman and 2 young children request renovation to provide adequate winter shelter; electricity hook-up | Denied | 9/9/1988 |
| Secody, Marie | Bodaway/Gap | 9/7/1988 | Family with 5 young children living in 12' x 16' house request repairs; electricity hook-up | Denied | 9/9/1988 |
| Blackhat, Alfred | Bodaway/Gap | 9/7/1988 | Insulation for hogan; water and electricity | Denied | 9/9/1988 |
| Blackhat, John | Bodaway/Gap | 9/7/1988 | 71 year old man requesting renovation of 25-year old dilapidated house; electricity | Denied | 9/9/1988 |
| Yazzie, Victoria | Tonalea | 9/7/1988 | Mother and child living 100 feet from electrical line request hook up to electricity | Denied | 9/9/1988 |
| Maze, Henry and Rena | Bodaway/Gap | 9/7/1988 | Request hook up to electricity | Denied | 9/9/1988 |
| Hoschaine, Edward and Darlene | Bodaway/Gap | 9/7/1988 | Request hook up to electricity | Denied | 9/9/1988 |
| Redhouse, Lee | Bodaway/Gap | 10/12/1988 | Renovation and addition to existing housing | No response on record | |
| Secody, Marie | Bodaway/Gap | 10/12/1988 | Renovation and addition to existing housing | Approved renovations but not addition | 10/26/1988 |
| Western Navajo Fair | Tuba City | 10/13/1988 | Request to build temporary structures for the annual Western Navajo Fair | Approved | 10/19/1988 |
| Stevens, Flora | Red Lake | 10/28/1988 | Renovation of deteriorated home, roofing, walls and floor | No response on record | |
| Goodman, Theresa | | 11/7/1988 | Repair and addition to existing housing | No response on record | 11/17/1988 |

Exhibit 22 to
United States' Motion
DOJ134

| NAME OF NAVAJO/PROJECT | LOCATION | DATE OF REQUEST | TYPE OF REQUEST | HOPI RESPONSE | DATE OF RESPONSE |
|---|---|---|---|---|---|
| Stevens, Flora | Red Lake | 12/20/1988 | Request for reconsideration | No response on record | |
| Whitesinger, Paul | Tuba City | 12/22/1988 | Request of Navajo suffering from progressive kidney disease to connect his trailer to nearby community utilities | Denied | 1/12/1989 |
| Coalmine Mesa Chapter House | Coalmine Mesa | 00/00/1989 | Request for construction and renovation of projects within Chapter | Denied | 12/6/1989 |
| Cameron Vendor Village | Cameron | 1/3/1989 | Development of site for use by local arts and crafts vendors | Unresolved | |
| Homer, Marie | Bodaway/Gap | 3/10/1989 | Replacement of existing home (14'x 22' wood shed with dirt floor; no insulation; entire roof leaks) with a 16' x 32' one-bedroom house for a family of 5 | Denied | 11/15/1990 |
| Shorty, Billy | Tonalea | 3/10/1989 | Replacement of small 13'x 14' hogan (used by family of 6) with one-bedroom house with water line, plumbing, sewer, and electrical hook-up | Denied | 6/7/1989 |
| Dougi, Delfred | Cameron | 3/10/1989 | Replacement of severely dilapidated 1950 trailer (9'x 18') with 16' wood addition (residence for 2 adults and 6 children);\|Request replacement with 2-bedroom home with plumbing, sewer system, water line, and electrical hook-up | Initial application ignored.\|Resubmitted application denied | 8/26/1989 |
| Williams, Lester | Tonalea | 3/10/1989 | Replacement of cardboard and aluminum one-room shack (for family of 5 with a quadriplegic child) with a two-bedroom house with utilities | Denied | 6/7/1989 |
| Dodson, Harry | Tonalea | 3/10/1989 | Replacement of 18'x 23' shack with two bedroom house for family of 7 persons: addition of plumbing, sewer system, water line, and electrical hookup | Denied | 6/7/1989 |
| Bilagody, Stella | Tuba City | 8/22/1989 | Replacement of 18' x 16' wooden shack with 16' x 32' one -bedroom house with plumbing, sewer system, water line, and electrical hook up. (Resident is a Navajo widow who suffers from degenerative disc disease, which severely restricts ability to walk to and from outhouse) | Replacement denied; approval limited to renovation and small addition to existing structure and utilities | 9/26/1989 |
| Blackhat, John | Bodaway/Gap | 8/28/1989 | Repair of collapsed/damaged roof and ceiling | Approved | 9/12/1989 |
| Begay, Glenmore | Coalmine Mesa | 9/13/1989 | Replacement of hogan illegally torn down by Hopi Tribe on July 15, 1989 | Denied | 11/9/1989 |
| Dougi, Delfred | Cameron | 10/5/1989 | Replacement of severely dilapidated 1950 trailer (9'x 18') with 16' wood addition (residence for 2 adults and 6 children);\|Request replacement with another trailer (previous request for replacement with 2-bedroom home with utilities was denied) | Approved, conditioned on moving trailer to another site | 11/9/1989 |
| Begay, Glenmore | Coalmine Mesa | 1/2/1990 | Replacement of hogan illegally torn down by Hopi Tribe on July 15, 1989 | Approved on certain conditions | 1/12/1990 |
| State Highway 64 | | 1/10/1990 | Request for right-of-way easement | No response on record | |

Exhibit 22 to United States' Motion DOJ135

| NAME OF NAVAJO/PROJECT | LOCATION | DATE OF REQUEST | TYPE OF REQUEST | HOPI RESPONSE | DATE OF RESPONSE |
|---|---|---|---|---|---|
| Hidden Springs Water Rehabilitation Project | Hidden Springs (Bodaway) | 1/26/1990 | Develop artesian spring to conserve run off and eliminate seasonal water shortages. For family and livestock use | Denied | 2/26/1990 |
| Begay, John and Sarah | Bodaway/Gap | 2/13/1990 | Replacement of home completely destroyed by fire | Approved with condition that replacement be of same size and materials as original structure | 2/26/1990 |
| Gap Sewer Lagoon | Gap | 2/16/1990 | Proposal to expand and renovate existing sewage lagoon to prevent further leaking and contamination | Denied expansion. Approved renovation. | |
| Williams, Lester | Tonalea | 2/21/1990 | Request to hook-up to community water line | No response on record | |
| Gap/Bodaway School Expansion | Gap | 2/28/1990 | Proposal to replace the existing "primary school" (three dilapidated trailers located adjacent to the community sewage lagoon) with a new school building and playground | Denied | 3/23/1990 |
| Bodaway Chapter House | Bodaway | 4/9/1990 | Request to renovate Bodaway chapter house, which can no longer be used as community facility because of safety concerns | Approved | 5/15/1990 |
| Manygoats, Bessie | Tonalea | 5/4/1990 | Replacement of substandard residence with larger residence; connection to electric lines, cistern and pump, septic system | Denied | 6/6/1990 |
| Yellowhair, Joe | Bodaway/Gap | 5/4/1990 (request for reconsideration 10/22/1990) | Replacement of a 20' dilapated mud and log ceremonial hogan on existing homesite with a 20' wood frame ceremonial hogan; hook up to adjacent electrical line | Denied. | 6/6/1990 (request for reconsideration denied 12/3/1990 |
| John, Loretta | Bodaway/Gap | 5/7/1990 | Request to replace three residential structures destroyed by fire in 1987 and 1989 with one two-bedroom house (for family of 5); connections to electricity, water, and septic tank | Denied. | 6/6/1990 |
| Blackhat, Joe | Bodaway/Gap | 5/8/1990 | Replacement of dismantled mud and log hogan with permanent replacement housing (a one-bedroom house for a family of 4) (hogan dismantled when main beam cracked and hogan became uninhabitable) | Denied | 6/8/1990 |
| Billboards | Tuba City | 5/15/1990 | Erect billboards | Denied. | 6/14/1990 |
| Keebahe, Margaret | Shadow Mountain | 6/12/1990 | Replacement of collapsed hogan;\|Construction of temporary ceremonial hogan | Denied | 6/20/1990 |
| Badonie, Susan | | 8/10/1990 | Construction of a home | No response on record | |
| Coalmine Mesa waterline extension | Coalmine Mesa | 8/13/1990 | Request to put in waterline extension to benefit District 3 permit holders grazing livestock south of well 3K-312 and U.S. Highway 264 and to prevent traffic accidents and resulting injuries due to livestock crossover | No response on record | |
| Dandy, Cora | Tonalea | 8/28/1990 | Renovation/repairs to existing housing | Approved | 9/27/1990 |

Exhibit 22 to
United States' Motion
DOJ136

| NAME OF NAVAJO/PROJECT | LOCATION | DATE OF REQUEST | TYPE OF REQUEST | HOPI RESPONSE | DATE OF RESPONSE |
|---|---|---|---|---|---|
| Farrell, James | Tuba City | 8/31/1990 | Renovation and repair of existing home | Approved certain repairs but not complete renovation | 10/9/1990 |
| Farrell, Betty | Tuba City | 8/31/1990 | Renovation of existing home and bathroom addition for insulin dependent diabetic; repair of existing ceremonial hogan | Denied repair of ceremonial hogan; approved home renovation and addition | 10/9/1990 |
| Begay, LaVonne | Coalmine Mesa | 9/17/1990 | Replacement of burned-out home | Approved | 9/26/1990 |
| Adams, Bill | Cameron | 9/18/1990 | Replace unsafe hogan with hogan of identical size; addition of plumbing, electrical wiring, cistern, septic tank, and drainage field | Denied all utilities; approval limited to same-size replacement of existing structure | 10/18/1990 |
| Begay, Jessie Lee | Moenave | 9/18/1990 | Replacement of burned out residence; connection of residence to community power and water lines | Denied request to connect to community utilities;\|Approved replacement conditioned on limitation to same size and location, even though family has 9 members | 9/24/1990 |
| Yazzie, Gene and Lucinda | Tuba City | 9/20/1990 | Replacement of burned-out trailer with frame addition with 24' x 32' two-bedroom frame house for a family of 5 | Approved | 9/26/1990 |
| Cameron Sewage Lagoon Repairs | Cameron | 9/24/1990 | Proposal to remedy seepage from community Sewage Lagoon, which poses health hazards to humans and livestock | Approved | 10/26/1990 |
| Coalmine Mine Fire | Coalmine Mesa | 9/26/1990, 10/14/1991 | Proposal to remedy health and safety concerns caused by underground mine fire burning in Coalmine Mesa | Ultimately approved following negotiation | 12/17/1991 |
| Western Navajo Fair | Tuba City | 9/26/1990 | Request to build temporary structures for the Western Navajo Fair | Approved | 10/9/1990 |
| Yazzie, Larry | Gap/Bodaway | 10/2/1990 | Replacement of 26' diameter hogan (676 sq. ft.; inhabited by two adults and six children) with two bedroom home | Denied | 11/1/1990 |
| Homer, Rose | Bodaway/Gap | 10/2/1990 | Addition of bedroom and bathroom to existing residence (744 sq. ft.) to accommodate 8 full-time residents;\|Repairs to existing structure | Denied additions, plumbing, electrical wiring, cistern and pump, and septic tank; approved only repairs | 11/1/1990 |
| Hoschaine, Darlene | Tonalea | 10/9/1990 | Replacement of 25'x 16' shack (used by family of 6 persons) with 42' diameter hogan; plumbing, electrical wiring/hook-up, cistern with pump, septic tank, and drainage field | Denied | 11/15/1990 |
| Homer, Marie | Bodaway/Gap | 10/16/1990 | Replacement of existing shack | Denied | 11/15/1990 |
| Gap Sewer Lagoon | Cameron | 10/22/1990 | Relocation and expansion of sewer lagoon based on adverse health and safety considerations; raw sewage currently discharged into wash | Ignored | |
| Tuba City/Moenkopi Sewage Treatment Plant | Tuba City | | Request for modifications | Approved | 3/26/1991 |

Exhibit 22 to
United States' Motion
DOJ137

Exhibit 22 to
United States' Motion
DOJ138

| NAME OF NAVAJO/PROJECT | LOCATION | DATE OF REQUEST | TYPE OF REQUEST | HOPI RESPONSE | DATE OF RESPONSE |
|---|---|---|---|---|---|
| Secody, Grace | Tuba City | 2/12/1991 | Replacement of elderly woman's burned out hogan; only structure remaining at homesite is a brush ramada | Denied | 3/15/1991 |
| Sewage Lagoon, Tuba City | Tuba City | 2/20/1991, 4/22/1991 | Modifications to current lagoon to meet health and safety needs | No response on record | |
| Bridge Surveys | Tuba City | 2/20/1991 | Request by BIA to survey 6 bridge locations | Denied | 4/22/1991 |
| Tuba City School | Tuba City | 5/2/1991 | Request to drill for water | No response on record | |
| Mott, Anna | Bodaway/Gap | 5/7/1991 | Emergency replacement of roof and internal electric wiring destroyed by fire | Approved, on condition that family not connect house to community electric power lines | 5/17/1991 |
| Dugi, Sherman and Louise | Cameron | 5/8/1991 | Repairs to existing structure caused by fire | Approved | 10/2/1991 |
| Cameron Abandoned Mines Reclamation Project #1 | Cameron | 5/15/1991 | Department of Interior proposed clean-up of contaminated abandoned uranium mines in Cameron area | Approved (following negotiation) | 11/5/1991 |
| Keebahe, Tom | Cameron | 6/19/1991 | Repair/renovation of existing home (roof, windows, etc) | Approved | 7/19/1991 |
| DAHC | Tuba City | 7/1/1991 | Non-profit residential and treatment center for severely handicapped Native American children | Denied | 11/25/1991 |
| Western Navajo Fair | Tuba City | 7/8/1991 | Request to build temporary structures for the Western Navajo Fair | No response on record | |
| Bedonie, Susan | Tonalea | 8/10/1991 | Renovation and repair of existing house | Approved on condition that floor area of existing structure will not be increased | 9/17/1990 |
| Smith, Stanley | Tuba City | 10/1/1991 | Replacement of burned out wood frame house | Approved | 10/15/1991 |
| Manygoats, Marie | Tonalea | 10/21/1991 | Replacement of seriously deteriorated home | Approved | 12/13/1991 |
| Whiterock, Jerry | Tonalea | 11/3/1991 | Replacement of residence dangerous to health and safety of occupants | Approved | 12/13/1991 |
| John, Lorraine | Gap | 11/13/1991 | Replacement of home destroyed by fire (same size, same location) | Approved | 2/11/1992 |
| Smith, Sadie | Kaibeto | 11/13/1991 | Replacement of 21'x 13' shack, deteriorated beyond repair with two-bedroom home for family of 6; internal plumbing, cistern and drainage | Denied | 1/16/1992 |
| Widehat, Phyllis | Tuba City | 11/14/1991 | Replacement of home destroyed by fire | Approved | 2/11/1992 |
| Martin, Mary | Bodaway/Gap | 11/15/1991 | Replacement of home destroyed by fire (full/part-time residence for 6 adults and 7 children, all in same extended family); replacement house would have been smaller than original house | Denied | 1/16/1992 |
| Johnson, Ernest | Cameron | 12/2/1991 | Replacement of existing home with similar structure | Approved | 1/16/1992 |
| Homer, Gary | Bodaway/Gap | 12/4/1991 | Replacement of dilapidated home | Approved | 1/16/1992 |
| Curley, Lucinda and Neal | Tonalea | 12/5/1991 | Replacement of existing hogan with substantially larger home. Note: Applicant is a member of the Hopi Tribe married to a Navajo | Approved | 1/16/1992 |

| NAME OF NAVAJO/PROJECT | LOCATION | DATE OF REQUEST | TYPE OF REQUEST | HOPI RESPONSE | DATE OF RESPONSE |
|---|---|---|---|---|---|
| Black, Towlie | Bodaway/Gap | 12/13/1991 | Replacement of existing hogan for elderly woman with medical needs (on kidney dialysis); addition of plumbing and electricity | Denied request to hook up to community water and electric lines; approved simple replacement | 1/16/1992 |
| Yellowhair, Loren | Tuba City | 12/16/1991 | Replacement of burned-out mobile home (12' x 60' ) with a small (24' x 32') house | Denied | 12/30/1991 |
| Bilagody, Elizabeth and Harry | Tuba City | 1/2/1992 | Renovation/repairs to existing home | Approved | 2/11/1992 |
| Tohonnie, Elsie | Black Falls | 1/15/1992 | Replacement of small shack (deteriorated beyond repair) with small one-bedroom home with electricity, cistern, septic tank, and drainage field | Denied requested replacement which was larger than current residence; approved septic tank | 2/27/1992 |
| Homer, Joe | Bodaway/Gap | 1/16/1992 | Replacement of deteriorated hogan with same-size structure; connection to sanitation facilities and utilities | Denied | 2/27/1992 |
| Haskey, Mike | Tuba City | 1/17/1992 | Replacement of mobile home destroyed by fire with permanent house | Denied | 3/10/1992 |
| Sloan, Leonard and Family | Bodaway/Gap | 1/22/1992 | Replacement of small mud hogan (330 sq. feet; on verge of collapse) with two bedroom home for family of six with medical problems | Denied replacement, but approved utility hook-ups | 2/27/1992 |
| Rock, Mabel | Tonalea | 1/23/1992 | Replacement of existing hogan (deteriorated beyond repair) with smaller hogan/utilities at same location; diabetic Navajo in poor health | Approved | 2/27/1992 |
| Benally, Shirley | Tuba City | 2/6/1992 | Addition to current residence; repair | Request for addition denied; repairs approved | 3/10/1992 |
| Littlefoot, Bahe | Tonalea | 2/11/1992 | Replacement of severely deteriorated frame house | Approved | 3/10/1992 |
| Cameron Abandoned Mines Reclamation Project #2 | Cameron | 2/25/1992 | Department of Interior proposal to clean-up remaining contaminated abandoned uranium mining sites in Cameron | No response on record | |
| Jean, Harry | Tuba City | 2/28/1992 | Replacement of existing hogan (deteriorated beyond repair) with small one-bedroom home; connection to utilities (500 ft. away) | Denied; revised application for same size replacement approved | 4/9/1992 |
| Littleman, Huskie | Coalmine Mesa | 3/2/1992 | Replacement of hogan (deteriorated beyond repair) with hogan of same size for elderly couple with multiple health problems | Denied | 4/9/1992 |
| Bennett, Esther | Bodaway/Gap | 3/12/1992 | Replacement of existing home (deteriorated beyond repair) with small one-bedroom house | Approved | 9/15/1992 |
| Navajo Arts and Crafts | Cameron | 3/12/1992 | Improvements to existing tribal arts and crafts enterprise | No response on record | |
| Tsosie, Harry | Bodaway/Gap | 3/16/1992 | Addition to existing home to relieve overcrowding (512 sq. ft.; 8 full-time residents);\|Repair to exterior walls (rotting fiberboard, intended for use in insulation) | Approved | 4/22/1992 |
| Cody, Rosemary | Cameron | 3/17/1992 | Replacement of home | Approved | 4/22/1992 |

Exhibit 22 to
United States' Motion
DOJ139

| NAME OF NAVAJO/PROJECT | LOCATION | DATE OF REQUEST | TYPE OF REQUEST | HOPI RESPONSE | DATE OF RESPONSE |
|---|---|---|---|---|---|
| Johnson, Lee | Cameron | 3/19/1992 | Replacement of severely dilapidated and unstable residence (piece-meal assemblage of trailer parts and scrap wood) for 2 adults and 7 children); addition of cistern, drainage field, and septic tank | Approved | 4/22/1992 |
| Yazzie, Sally | Coalmine Mesa | 3/19/1992 | Bathroom addition/electrical wiring to meet medical needs | Approved | 4/22/1992 |
| Mann, Alfred | Tonalea | 3/19/1992 | Replacement of unsound hogan with one-bedroom house for family of 4; addition of electrical wiring and internal plumbing | Denied | 4/22/1992 |
| Yazzie, Zella | Tuba City | 3/30/1992 | Addition to mobile home to accommodate 9-person family; home repairs | Approved | 5/22/1992 |
| Edgewater, Zella | Tuba City | 4/14/1992 | Replacement of dilapidated hogan and waterline hook-up for elderly woman | Approved | 5/22/1992 |
| Junction Enterprises | Cameron | 4/28/1992 | Business site renewal and request for improvements | Ignored | |
| Yazzie, Sandra | Cameron | 5/5/1992 | Utility hook-ups for elderly, insulin dependent woman | Approved | 5/22/1992 |
| Scott, Leonard | Tonalea | 7/23/1992 | Addition of one bedroom to daughter's existing home; utility hook-ups for elderly, handicapped person | Approved | 9/8/1992 |
| Manychildren, Mary Lou | Gray Mountain | 7/31/1992 | Replacement of trailer destroyed by tornado with two-bedroom house for family of 4 | Approved | 8/11/1992 |
| Boone, Allen | Cameron | 8/6/1992 | Replacement of home damaged by tornado | Approved | 9/8/1992 |
| Benally, Millie | Tonalea | 8/12/1992 | Replacement of collapsed hogan | Approved | 9/8/1992 |
| Keams, Madge | Cameron | 8/19/1992 | Replacement of home damaged by tornado | Approved | 9/8/1992 |
| Colorado, Wilson | Cameron | 9/1/1992 | Replacement of home damaged by tornado | Approved | 9/8/1992 |
| Bennett, Bobby James | Tuba City | 9/9/1992 | Replacement of existing home (roof and walls caved-in) | Approved | 9/15/1992 |

Exhibit 22 to
United States' Motion
DOJ140