# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Tuba City Hospital/High School Complex | Tuba City | 06/00/67 | Construction of Greyhills High School and additional housing for Indian Health Service personnel | Denied ("Final decision by unanimous vote to disapprove project") | | 06/00/67 |
| Tuba City Mutual Help Housing | Tuba City | 12/00/71 | Extend utility right-of-way to Tuba City housing project | Approved | Hopi Tribe conditioned its approval on Navajo willingness to approve a Hopi request to build 16 homes | 12/29/71 |
| Cameron Water and Sewer Extensions | Cameron | 07/24/72<br>06/28/76<br>08/04/78 | Extend water and sewer to Cameron residents | No response on record | Approved by BIA | 07/21/76 |
| Tso, Emmett | Tuba City | 00/00/73 | Replacement of burned out home, in existence long before the Bennett Freeze | Denied. When Mr. Tso attempted to rebuild, the Chairman of the Hopi Tribe threatened to burn down his house, causing him to move elsewhere | Government refused to intervene | |
| Rare Metals Housing | Rare Metals | 00/00/74 | Repair or removal of existing housing at former Rare Metals Uranium Processing Site | Approved | Housing no longer in existence | 12/12/74 |
| Pasture Canyon Irrigation | Pasture Canyon | 03/05/74 | Proposal to improve Pasture Canyon irrigation system to benefit both Navajo and Hopi farmers | Denied ("The area is currently in litigation and the village board feels that there should be no improvement of any kind...until after the decision is made through the court") | | 06/23/82 |
| Gap/Cedar Ridge Water and Sewer Systems | Gap/Cedar Ridge | 03/18/75<br>04/04/75<br>02/23/77 | Indian Health Service proposal to provide water system to benefit 80 homes in Gap area | Ignored | Approved by BIA | |

Exhibit 23 to
United States' Motion
DOJ141

123

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| N 20 Right-of-way | Gap/Coppermine | 04/23/75 | Survey road (N 20) running from Gap north to Coppermine | Denied | Additional denial on 06/30/77 | 09/09/75 |
| N 21 Right-of-way | Red Lake | 04/23/75 | Request to approve right-of-way for paving existing road (N 21) to serve Red Lake and Kaibeto communities, including BIA schools | Denied | | 09/09/75 |
| N 6120 Right-of-way | Cedar Ridge | 08/14/75 | Survey unpaved road (N 6120) from Cedar Ridge | Denied | | 09/09/75 |
| N 6130 Right-of-way | Cedar Ridge | 08/14/75 | Survey road (N 6130) from Cedar Ridge to Gap | Denied | | 09/09/75 |
| N 6110 Right-of-way | Cedar Ridge | 08/14/75 | Survey unpaved road (N 6110) west of Highway 89, at Cedar Ridge | Denied | Additional denial on 06/30/77 | 09/09/75 |
| Sewage Lagoon, Tuba City | Tuba City | 12/30/75 | Request to repair leaking sewage lagoon adjacent to Moencopi Wash | Unknown | | 01/19/76 |
| Van Zee Water and Waste Lines | Van Zee | 06/28/76<br>11/22/76 | Indian Health Service proposal to provide adequate domestic water and waste disposal facilities for 14 families residing near Van Zee | Denied | Approved by BIA | 09/15/76 |
| Red Lake Power Line | Red Lake | 08/07/76 | Request to provide electrical service to Red Lake Community Housing Project, school and medical facility | Denied | Reversed by BIA | 10/76 |
| Cameron Sewage Lagoon | Cameron | 08/11/76 | Request for sewer line and sewage lagoon | No response on record | Approved by BIA 02/03/77 | |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests



| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Kerley Valley Water Distribution | Kerley Valley | 08/11/76 | Request to provide a domestic water distribution system to serve families living in Kerley Valley | Denied | Approved by BIA | 09/15/76 |
| Gap/Cedar Ridge Powerline | Gap | 08/11/76 | Request to provide electricity to homes in the Cedar Ridge Community | Ignored by the Hopi Tribe | Approved by BIA | |
| [redacted] | Unknown | 09/08/76 | Application for new construction | No response on record | | |
| Tuba City High School and Indian Health Service Hospital | Tuba City | 00/00/77 | Construction of new Tuba City high school and Indian Health Service hospital | Approved | Hopi Tribe conditioned its approval on Navajo approval of various Hopi projects | 00/00/77 |
| Tappan Springs Water Line | Tappan Springs (Cameron) | 02/23/77 | Indian Health Service proposal to develop a water system to serve 11 Navajo families that reside in Tappan Springs area | Ignored | Approved by BIA | 06/29/77 |
| Moenave Water Distribution | Moenave | 02/23/77 | Develop domestic water and sewer system to serve 12 Navajo families | Ignored | Approved by BIA | |
| Cedar Ridge Water Distribution | | 02/23/77 | Develop water distribution system to provide water service to 30 families | Ignored by Hopi Tribe | Approved by BIA | |
| Cedar Ridge Water Distribution | Cedar Ridge | 01/27/78 | Community Water System to provide water and sewage services to 50 families which have never had a domestic water supply | Denied ("Rights and interests . . . are in litigation at the present time") | Approved by BIA on appeal | 02/14/78 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests



| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Indian Health Service Water System | Tuba City | 08/04/78 | Indian Health Service proposal to develop a domestic water supply and sewer system to serve 23 families living near the Old Tuba City airport | No response on record | Approved by BIA | |
| Rare Metals Powerline | Rare Metals | 02/08/79 | Extension of powerline to Rare Metals | Denied | | 02/09/79 |
| West Tuba City Water Distribution | Tuba City | 03/26/79 | Indian Health Service proposal to develop a community water system to provide domestic water to 31 Navajo families | Denied | Approved by BIA | 04/23/79 |
| Preston Mesa Powerline | Preston Mesa | 08/30/79 | Right-of-way for power line extension to serve families without electric service | Ignored | Approved by BIA | |
| [redacted] | Tuba City | 01/07/80 | Hook up to electrical service | Denied ("based on the reason that the location of the dwelling is situated within the 'Bennett Freeze Area' and is under litigation") | | 02/14/80 |
| N 21 Right-of-Way | Red Lake | 02/07/80 | Request to approve right-of-way for paving existing road (N 21) to Red Lake and Kaibeto communities, including BIA schools | Denied | "Cannot approve such requests until the land problem . . . has been resolved"; "Area currently under litigation and is therefore rejected" | 02/24/81 |
| N 21 Red Lake - Kaibeto Road | Red Lake | 04/02/80 | Request for right-of-way for road construction/improvement of existing road which serves communities and schools | Denied | | 09/11/81 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Tuba City Hospital/High School Complex | Tuba City | 06/00/67 | Construction of Greyhills High School and additional housing for Indian Health Service personnel | Denied ("Final decision by unanimous vote to disapprove project") | | 06/00/67 |
| Tuba City Mutual Help Housing | Tuba City | 12/00/71 | Extend utility right-of-way to Tuba City housing project | Approved | Hopi Tribe conditioned its approval on Navajo willingness to approve a Hopi request to build 16 homes | 12/29/71 |
| Cameron Water and Sewer Extensions | Cameron | 07/24/72<br>06/28/76<br>08/04/78 | Extend water and sewer to Cameron residents | No response on record | Approved by BIA | 07/21/76 |
| [redacted] | Tuba City | 00/00/73 | Replacement of burned out home, in existence long before the Bennett Freeze | Denied. When Mr. Tso attempted to rebuild, the Chairman of the Hopi Tribe threatened to burn down his house, causing him to move elsewhere | Government refused to intervene | |
| Rare Metals Housing | Rare Metals | 00/00/74 | Repair or removal of existing housing at former Rare Metals Uranium Processing Site | Approved | Housing no longer in existence | 12/12/74 |
| Pasture Canyon Irrigation | Pasture Canyon | 03/05/74 | Proposal to improve Pasture Canyon irrigation system to benefit both Navajo and Hopi farmers | Denied ("The area is currently in litigation and the village board feels that there should be no improvement of any kind...until after the decision is made through the court") | | 06/23/82 |
| Gap/Cedar Ridge Water and Sewer Systems | Gap/Cedar Ridge | 03/18/75<br>04/04/75<br>02/23/77 | Indian Health Service proposal to provide water system to benefit 80 homes in Gap area | Ignored | Approved by BIA | |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| N 21 Right-of-Way | Red Lake | 10/22/80 | Request for right-of-way for road construction/improvement of existing road which serves communities and schools | No response on record | | |
| Lane, Keith & Dorothy | Wildcat Peak | 04/16/81 | Request for approval of a homesite lease for family that has resided at location for years | Denied | | 06/04/81 |
| NTUA Water Well/Forest Lake Powerline | Tuba City/Forest Lake | 06/18/81 | Two part request to drill another NTUA Water Well to serve the residents of the Tuba City area, and to extend the existing power line from Black Mesa to Forest Lake community | Approved, conditioned on Navajo approval of Hopi request | | 07/02/81 |
| Saganitso, Victor Sr. | Tuba City | 03/22/82 | Replacement of existing home | No response on record | | |
| Cedar Ridge Pre-school | Cedar Ridge | 05/13/82 | Proposal to build preschool facility for unserved area | No response on record | | |
| Keebahe, Norman | Cameron | 06/28/82 | Replacement of inadequate housing (old 16'x 24' frame structure with no utilities) for paraplegic and family | First request ignored. Second request sent 08/12/82, emphasizing that request was "a matter of life and death"; denied because of Hopi "moratorium" | "The Hopi Negotiating Committee during its regular meeting on Aug. 23, 1982, unanimously voted to place a moratorium on any and all construction activities, more specifically within the Bennett Freeze Order Area (BFOA) . . . . The Committee has postponed the processing of all construction applications for the BFOA for an indefinite period . . . " | 08/26/82 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Bilagody, Stella | Tuba City | 07/06/82 | Replacement of 1-room shack ("without proper covering") for elderly Navajo woman with severe degenerative disc disease | Denied | "The Hopi Negotiating Committee during its regular meeting on Aug. 23, 1982, unanimously voted to place a moratorium on any and all construction activities, more specifically within the Bennett Freeze Order Area (BFOA) . . . . The Committee has postponed the processing of all construction applications for the BFOA for an indefinite period . . . " | 08/26/82 |
| Nott, Billy | Bodaway/Gap | 07/06/82 | Replacement of existing "two-room shack, with an incomplete structure in the back" | No response on record | | |
| Tacheeni, Jack and Mae | Bodaway/Gap | 07/06/82 | Replacement of dilapidated one-room shack with plastic tarp outside | Denied | | 08/26/82 |
| Yellowhair, Kahn | Coalmine Mesa | 07/06/82 | Room addition to existing residence | No response on record | | |
| Watson, Stella | Rare Metals | 07/06/82 | Replacement of dilapidated hogan for grandmother and grandchildren | No response on record | | |
| Nez, Chee | Coalmine Mesa | 07/06/82 | Replacement of stone hogan | No response on record | | |
| Nis, Charley | Bodaway/Gap | 07/06/82 | Bathroom addition to existing residence | No response on record | | |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Tacheenie, Jennie | Bodaway/Gap | 07/06/82 | Replacement for deteriorated residence | No response on record | | |
| Neztsosie, David | 89/264 Junction | 09/29/82 | Request to build replacement house because his current home is "literally falling apart" | No response on record | | |
| Gap/Bitter Springs Powerline | Gap/Bitter Springs | 04/14/83 | Extend existing NTUA powerline from Gap north to Bitter Springs Housing Project (located outside Freeze) | Denied | | 11/30/83 |
| Rare Metals Uranium Mine Reclamation | Rare Metals | 05/03/83 | Cleanup of uranium processing facility under federal program | Approved | | |
| APS | Various | 06/23/83 | Hopi letter to Arizona Public Service Company containing Hopi's view that by providing electrical hookups APS would be violating law | | Hopi letter to APS "Please be advised you will be held accountable if you fail to comply with this law . . ." | |
| Mott, Anna | Bodaway/Gap | 07/13/84 | Widow with five children requests replacement of severely dilapidated shack with a house | No response on record | | |
| Tacheeni, Jack and Mae | Bodaway/Gap | 07/13/84 | Replacement of dilapidated one room shack | No response on record | As of 01/25/89, the Hopi Tribe still had not responded to request | |
| Manygoats, Margaret | Tonalea | 07/13/84 | Replacement of dilapidated hogan with two bedroom house | No response on record | | |
| Yellowhair, Kahn | Coalmine Mesa | 07/13/84 | 10'x 12' addition to existing housing; renovation | No response on record | | |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Anderson, Bob | Tuba City | 11/19/84 | Use of Pasture Canyon water for HUD housing construction by building contractor | Hopis contend that the use of the Pasture Canyon water is development, and consent is required. Subsequent Navajo request denied | | |
| Means, Kee John | Cameron | 00/00/85 | Connection to electric line for quadriplegic Navajo | Approved | | 06/20/85 |
| Black, Emma | Bodaway/Gap | 10/21/85 | Replace 16'x 16' hogan, which collapsed due to age and structural deterioration | No response on record | | |
| Maize, Henry | Tonalea | 08/05/86 | Replacement of severely dilapidated hogan (20' diameter) | No response on record | | |
| George, Kenneth | Coalmine Mesa | 10/22/86 | Replacement for collapsed hogan | Denied | | 11/21/86 |
| Bodaway/Gap Water Extension | Bodaway/Gap | 10/19/87 | Extend existing water service to additional families | No response on record | | |
| Nez, Willie and family | Bodaway/Gap | 10/26/87 | Replacement of small (16'x 16') dilapidated hogan | Denied | | 04/19/88 |
| Arizona, Hotachellie | Bodaway/Gap | 00/00/88 | Replacement of hogan | Approved "under protest" with condition that replacement be of original dimensions | | 10/21/88 |
| Dodson, Raymond and Christine | Tonalea | 04/19/88 | Construction of electric line; hook up | No response on record | | |
| Cameron School | Cameron | 08/16/88 | Request by superintendent of school district for Hopi Tribal approval of Cameron school. At present only K-3 attend school locally. Other students must commute 40-50 miles daily | No response on record | 05/02/91 request to test drill the site for water was approved on 09/09/91 | |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Black, Helen | Bodaway/Gap | 09/07/88 | Housing repairs | Denied | | 09/09/88 |
| Johnson, Dorothy | Bodaway/Gap | 09/07/88 | Repairs to 20-year old house; electricity and running water | Denied | | 09/09/88 |
| Secody, Mary | Bodaway/Gap | 09/07/88 | Women and 2 young children request renovation to provide adequate winter shelter; electricity hook-up | Denied | | 09/09/88 |
| Secody, Marie | Bodaway/Gap | 09/07/88 | Family with 5 young children living in 12' x 16' house request repairs; electricity hook-up | Denied | | 09/09/88 |
| Blackhat, Alfred | Bodaway/Gap | 09/07/88 | Insulation for hogan; water and electricity | Denied | | 09/09/88 |
| Blackhat, John | Bodaway/Gap | 09/07/88 | 71 year old man requesting renovation of 25-year old dilapidated house; electricity | Denied | | 09/09/88 |
| Yazzie, Victoria | Tonalea | 09/07/88 | Mother and child living 100 feet from electrical line request hook up to electricity | Denied | | 09/09/88 |
| Maze, Henry and Rena | Bodaway/Gap | 09/07/88 | Request hook up to electricity | Denied | | 09/09/88 |
| Hoschaine, Edward and Darlene | Bodaway/Gap | 09/07/88 | Request hook up to electricity | Denied | | 09/09/88 |
| Redhouse, Lee | Bodaway/Gap | 10/12/88 | Renovation and addition to existing housing | No response on record | | |
| Western Navajo Fair | Tuba City | 10/13/88 | Request to build temporary structures for the annual Western Navajo Fair | Approved | | 10/19/88 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Stevens, Flora | Red Lake | 10/28/88 | Renovation of deteriorated home, roofing, walls and floor | No response on record | 11/10/88 BIA approved shingles only | |
| Whitesinger, Paul | Tuba City | 12/22/88 | Request of Navajo suffering from progressive kidney disease to connect his trailer to nearby community utilities | Denied | | 01/12/89 |
| Cameron Vendor Village | Cameron | 01/03/89 | Development of site for use by local arts and crafts vendors | Unresolved | Multi-year negotiations | |
| Homer, Marie | Bodaway/Gap | 03/10/89 | Replacement of existing home (14'x 22' wood shed with dirt floor; no insulation; entire roof leaks) with a 16' x 32' one-bedroom house for a family of 5 | Denied | Reversed on appeal | 11/15/90 |
| Shorty, Billy | Tonalea | 03/10/89 | Replacement of small 13'x 14' hogan (used by family of 6) with one-bedroom house with water line, plumbing, sewer, and electrical hook-up | Denied ("While our investigations indicate that the present structures are in such poor condition that replacement may be necessary, the proposed replacement structures go far beyond what is necessary to address the immediate safety and health concerns of the residents until ownership of the land is determined") | On overcrowding: "Your applications also claim that overcrowded conditions represent a health risk to the occupants. Although in very extreme cases this may be true, the Hopi Tribe does not consider that overcrowded conditions alone . . . are sufficient threat to the health of residents to justify replacement housing"; Smaller residence and utilities approved on appeal | 06/07/89 |

## Bennett Freeze: Record of Hopi Responses to Navajo Requests



| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Dougi, Delfred | Cameron | 03/10/89 | Replacement of severely dilapidated 1950 trailer (9'x 18') with 16' wood addition (residence for 2 adults and 6 children);<br>Request replacement with 2-bedroom home with plumbing, sewer system, water line, and electrical hook-up | Initial application ignored. Resubmitted application denied | Located on "checkerboard lands" excluded from 1934 Act litigation | 08/26/89 |
| Williams, Lester | Tonalea | 03/10/89 | Replacement of cardboard and aluminum one-room shack (for family of 5 with a quadriplegic child) with a two-bedroom house with utilities | Denied ("While our investigations indicate that the present structures are in such poor condition that replacement may be necessary, the proposed replacement structures go far beyond what is necessary to address the immediate safety and health concerns of the residents until ownership of the land is determined") | On standards/ overcrowding:<br>"Your applications refer to federal housing standards as justification for the proposed replacement structures. In the Hopi Tribe's view, federal housing standards are not applicable to the present construction requests. The issue in new construction on the statutory freeze area is what construction or improvement is necessary to remove threats to the health or safety of residents while litigation over the status of the land proceeds. Your applications also claim that overcrowded conditions represent a health risk to the occupants. Although in very extreme cases this may be true, the Hopi Tribe does not consider that overcrowded conditions alone . . . are sufficient threat to the health of residents to justify replacement | 06/07/89 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| | | | | | housing"; Smaller residence and utilities approved on appeal. On request for reconsideration, a larger two-bedroom house was approved | |
| Dodson, Harry | Tonalea | 03/10/89 | Replacement of 18'x 23' shack with two bedroom house for family of 7 persons: addition of plumbing, sewer system, water line, and electrical hookup | Denied ("While our investigations indicate that the present structures are in such poor condition that replacement may be necessary, the proposed replacement structures go far beyond what is necessary to address the immediate safety and health concerns of the residents until ownership of the land is determined") | See above. Larger residence and limited utilities approved on appeal | 06/07/89 |
| Bilagody, Stella | Tuba City | 08/22/89 | Replacement of 18' x 16' wooden shack with 16' x 32' one -bedroom house with plumbing, sewer system, water line, and electrical hook up. (Resident is a Navajo widow who suffers from degenerative disc disease, which severely restricts ability to walk to and from outhouse) | Replacement denied; approval limited to renovation and small addition to existing structure and utilities | | 09/26/89 |
| Blackhat, John | Bodaway/Gap | 08/28/89 | Repair of collapsed/damaged roof and ceiling | Approved | | 09/12/89 |
| Begay, Glenmore | Coalmine Mesa | 09/13/89 | Replacement of hogan illegally torn down by Hopi Tribe on July 15, 1989 | Denied | | 11/09/89 |

## Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Dougi, Delfred | Cameron | 10/05/89 | Replacement of severely dilapidated 1950 trailer (9'x 18') with 16' wood addition (residence for 2 adults and 6 children); Request replacement with another trailer (previous request for replacement with 2-bedroom home with utilities was denied) | Approved, conditioned on moving trailer to another site | | 11/09/89 |
| Begay, Glenmore | Coalmine Mesa | 01/02/90 | Replacement of hogan illegally torn down by Hopi Tribe on July 15, 1989 | Approved on conditions that: floor space not exceed 500 sq. ft.; no utility connections for water, sewer, or electric lines; and dwelling to be occupied only by applicant and immediate family | Previous request denied by Chairman Sidney on 11/09/89 | 01/12/90 |
| Hidden Springs Water Rehabilitation Project | Hidden Springs (Bodaway) | 01/26/90 | Develop artesian spring to conserve run off and eliminate seasonal water shortages. For family and livestock use | Denied ("no immediate health and safety problems") | | 02/26/90 |
| Begay, John and Sarah | Bodaway/Gap | 02/13/90 | Replacement of home completely destroyed by fire | Approved with condition that replacement be of same size and materials as original structure | | 02/26/90 |
| Gap Sewer Lagoon | Gap | 02/16/90 | Proposal to expand and renovate existing sewage lagoon to prevent further leaking and contamination | Denied expansion because the land is still under litigation. Approved renovation | | |
| Gap/Bodaway School Expansion | Gap | 02/28/90 | Proposal to replace the existing "primary school" (three dilapidated trailers located adjacent to the community sewage lagoon) with a new school building and playground | Denied | | 03/23/90 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Bodaway Chapter House | Bodaway | 04/09/90 | Request to renovate Bodaway chapter house, which can no longer be used as community facility because of safety concerns | Approved | | 05/15/90 |
| Manygoats, Bessie | Tonalea | 05/04/90 | Replacement of substandard residence with larger residence; connection to electric lines, cistern and pump, septic system | All denied, even though it is agreed that "the structure currently used . . . is inadequate to provide safe and healthy shelter." Re utilities: "Ms. Manygoats has lived at the site for many years without these conveniences, and nothing . . . suggests they are necessary to address her specific health or safety requirements" | Suggests approval may be granted, upon application, of a smaller structure (without utilities). Modification requested by Ms. Manygoats on 08/09/90 and approved 08/20/90 | 06/06/90 |
| Yellowhair, Joe | Bodaway/Gap | 05/04/90 (request for reconsider-ation 10/22/90) | Replacement of a 20' dilapidated mud and log ceremonial hogan on existing homesite with a 20' wood frame ceremonial hogan; hook up to adjacent electrical line | Denied: "there is no compelling health or safety reason to approve construction of a ceremonial structure" | | 06/06/90 (request for reconsider-ation denied 12/03/90) |
| John, Loretta | Bodaway/Gap | 05/07/90 | Request to replace three residential structures destroyed by fire in 1987 and 1989 with one two-bedroom house (for family of 5); connections to electricity, water, and septic tank | Denied: "We agree that the structure currently serving as a residence is inadequate, but believe the former residence can be renovated rather than replaced" | Chairman Masayesva: "Until ownership of the disputed area can be determined, the Hopi Tribe will approve construction requests only on a specific and demonstrated health or safety need for particular improvements by particular residents. General requests based on the proposition that bigger and better houses are desirable do not satisfy that standard" | 06/06/90 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Blackhat, Joe | Bodeway/Gap | 05/08/90 | Replacement of dismantled mud and log hogan with permanent replacement housing (a one-bedroom house for a family of 4) (hogan dismantled when main beam cracked and hogan became uninhabitable) | Denied | | 06/08/90 |
| Keebahe, Margaret | Shadow Mountain | 06/12/90 | Replacement of collapsed hogan; Construction of temporary ceremonial hogan | Denied ("As I and my predecessor have repeatedly stated, requests for approval of construction must precede the construction itself to be approved") | | 06/20/90 |
| Dandy, Cora | Tonalea | 08/28/90 | Renovation/repairs to existing housing | Approved | | 09/27/90 |
| Farrell, Betty | Tuba City | 08/31/90 | Renovation of existing home and bathroom addition for insulin dependent diabetic; repair of existing ceremonial hogan | Denied repair of ceremonial hogan ("no showing that completion of the hogan is necessary to protect the health or safety of the residents"); Approved home renovation and addition ("the present condition of the house is so poor that complete renovation . . . is justified") | | 10/09/90 |
| Begay, LaVonne | Coalmine Mesa | 09/17/90 | Replacement of burned-out home | Approved | | 09/26/90 |
| Adams, Bill | Cameron | 09/18/90 | Replace unsafe hogan with hogan of identical size; addition of plumbing, electrical wiring, cistern, septic tank, and drainage field | Denied all utilities (applicant's chronic asthma and osteoarthritis did not constitute a "direct medical necessity"); Approval limited to same-size replacement of existing structure (admittedly "structurally unsound and may represent a threat to the safety of the Adams family") | Re Hopi position on utilities: "We also note that the nearest community power lines are more than a half a mile from the residence. There are a number of other residences in the vicinity of the Adams site, and these residents in turn would | 10/18/90 |



Exhibit 23 to
United States' Motion
DOJ156

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| | | | | | likely want to enjoy the improvement offered by permanent electric power. Most households undoubtedly contain one or more individuals whose daily lives would arguably be made better or healthier by the extension of utility services of all kinds. Until the legal status of the lands is resolved, however, the Hopi Tribe will approve new utilities only in cases of direct medical necessity" | |
| Begay, Jessie Lee | Moenave | 09/18/90 | Replacement of burned out residence; connection of residence to community power and water lines | Denied request to connect to community utilities; Approved replacement conditioned on limitation to same size and location, even though family has 9 members | Re "health and safety" policy: "The policy of the Hopi Tribe is to allow construction to replace residences destroyed by fire or other natural causes, but to approve only the reconstruction of the former structure rather than substantial improvements. No special health or safety considerations were presented in your application which would justify an exception to that policy in this case" | 09/24/90 |
| Yazzie, Gene and Lucinda | Tuba City | 09/20/90 | Replacement of burned-out trailer with frame addition with 24' x 32' two-bedroom frame house for a family of 5 | Approved | | 09/26/90 |

## Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Cameron Sewage Lagoon Repairs | Cameron | 09/24/90 | Proposal to remedy seepage from community Sewage Lagoon, which poses health hazards to humans and livestock | Approved | | 10/26/90 |
| Coalmine Mine Fire | Coalmine Mesa | 09/26/90<br>10/14/91 | Proposal to remedy health and safety concerns caused by underground mine fire burning in CoalMine Mesa | Ultimately approved following negotiation | | 12/17/91 |
| Western Navajo Fair | Tuba City | 09/26/90 | Request to build temporary structures for the Western Navajo Fair | Approved | | 10/09/90 |
| Yazzie, Larry | Gap/Bodaway | 10/02/90 | Replacement of 26' diameter hogan (676 sq. ft.; inhabited by two adults and six children) with two bedroom home | "The Hopi Tribe disapproves the construction of a replacement structure for the hogan, hook-up to electrical lines and water lines. . . . The Hopi Tribe does not consider that overcrowded conditions justify the need for a replacement structure" | Denial overruled on health and safety grounds. Electrical hookups not permitted | 11/01/90 |
| Homer, Rose | Bodaway/Gap | 10/02/90 | Addition of bedroom and bathroom to existing residence (744 sq. ft.) to accommodate 8 full-time residents;<br>Repairs to existing structure | Denied additions, plumbing, electrical wiring, cistern and pump, and septic tank;<br>Approved only repairs | Denial reversed as to bathroom, cistern and pump, and septic tank | 11/01/90 |
| Hoschaine, Darlene | Tonalea | 10/09/90 | Replacement of 25'x 16' shack (used by family of 6 persons) with 42' diameter hogan; plumbing, electrical wiring/hook-up, cistern with pump, septic tank, and drainage field | Denied on grounds that replacement structure commenced before permission sought | Reversed on appeal | 11/15/90 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Gap Sewer Lagoon | Cameron | 10/22/90 | Relocation and expansion of sewer lagoon based on adverse health and safety considerations; raw sewage currently discharged into wash | Ignored | On appeal, Hopis proposed that construction goes beyond what is needed to protect immediate health and safety of residents. Project approved by BIA 12/05/91 | |
| Secody, Grace | Tuba City | 02/12/91 | Replacement of elderly woman's burned out hogan; only structure remaining at homesite is a brush ramada | Denied | | 03/15/91 |
| Sewage Lagoon, Tuba City | Tuba City | 02/20/91<br>04/22/91 | Modifications to current lagoon to meet health and safety needs | No response on record | | |
| Bridge Surveys | Tuba City | 02/20/91 | Request by BIA to survey 6 bridge locations | Denied | | 04/22/91 |
| Mott, Anna | Bodaway/Gap | 05/07/91 | Emergency replacement of roof and internal electric wiring destroyed by fire | Approved, on condition that family not connect house to community electric power lines | | 05/17/91 |
| Dugi, Sherman and Louise | Cameron | 05/08/91 | Repairs to existing structure caused by fire | Approved | | 10/02/91 |
| Cameron Abandoned Mines Reclamation Project #1 | Cameron | 05/15/91 | Department of Interior proposed clean-up of contaminated abandoned uranium mines in Cameron area | Approved (following negotiation) | | 11/05/91 |
| Keebahe, Tom | Cameron | 06/19/91 | Repair/renovation of existing home (roof, windows, etc) | Approved | | 07/19/91 |

## Bennett Freeze: Record of Hopi Responses to Navajo Requests



| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| DAHC | Tuba City | 07/01/91 | Non-profit residential and treatment center for severely handicapped Native American children | Denied | To be built on Navajo allotted lands, excluded from Navajo-Hopi litigation. Renewed application of 02/13/92 also denied on 03/10/92 | 11/25/91 |
| Western Navajo Fair | Tuba City | 07/08/91 | Request to build temporary structures for the Western Navajo Fair | No response on record | | |
| Bedonie, Susan | Tonalea | 08/10/91 | Renovation and repair of existing house | Approved on condition that floor area of existing structure will not be increased | | 09/17/90 |
| Smith, Stanley | Tuba City | 10/01/91 | Replacement of burned out wood frame house | Approval limited to "replacement structure of the same type and size as the original residence" | | 10/15/91 |
| Manygoats, Marie | Tonalea | 10/21/91 | Replacement of seriously deteriorated home (860 sq. ft.) with slightly larger home (960 sq. ft.) | Denied, even though Hopi Tribe admits that structure is in "such poor condition to represent a threat to the safety of the residents." Approval limited to exact size (860 sq. ft.) replacement on grounds that no "health and safety" reason justifies increase in size | Continues to disapprove any request not meeting exacting "health and safety" standard | 12/13/91 |
| Whiterock, Jerry | Tonalea | 11/03/91 | Replacement of residence dangerous to health and safety of occupants | Approved ("we agree that the residence is in such poor condition that the safety of the residents is threatened, and that repairs are not feasible") | | 12/13/91 |
| John, Lorraine | Gap | 11/13/91 | Replacement of home destroyed by fire (same size, same location) | Approved | | 02/11/92 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests



| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Smith, Sadie | Kaibeto | 11/13/91 | Replacement of 21'x 13' shack, deteriorated beyond repair with two-bedroom home for family of 6; internal plumbing, cistern and drainage | Denied | | 01/16/92 |
| Widehat, Phyllis | Tuba City | 11/14/91 | Replacement of home destroyed by fire | Approval limited to "structure of the same size and type and without additional improvements" | | 02/11/92 |
| Martin, Mary | Bodaway/Gap | 11/15/91 | Replacement of home destroyed by fire (full/part-time residence for 6 adults and 7 children, all in same extended family); replacement house would have been smaller than original house | Denied | | 01/16/92 |
| Johnson, Ernest | Cameron | 12/02/91 | Replacement of existing home with similar structure | Approved | Structure located on lands excluded in 1934 Act litigation | 01/16/92 |
| Homer, Gary | Bodaway/Gap | 12/04/91 | Replacement of dilapidated home | Approved on condition that replacement structure be of same size and of same materials and that old structure be destroyed | | 01/16/92 |
| Curley, Lucinda and Neal | Tonalea | 12/05/91 | Replacement of existing hogan with substantially larger home. Note: Applicant is a member of the HOPI TRIBE married to a Navajo | Approved | Exception to Hopi Tribe's "general policy of permitting only same-size replacements" where applicant is a member of the Hopi Tribe | 01/16/92 |
| Black, Towlie | Bodaway/Gap | 12/13/91 | Replacement of existing hogan for elderly women with medical needs (on kidney dialysis); addition of plumbing and electricity | Denied request to hook up to community water and electric lines. Approved simple replacement | | 01/16/92 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Yellowhair, Loren | Tuba City | 12/16/91 | Replacement of burned-out mobile home (12' x 60') with a small (24' x 32') house | Denied (policy: refusal to replace mobile home with non-mobile home) | Revised application for same size trailer approved | 12/30/91 |
| Bilagody, Elizabeth and Harry | Tuba City | 01/02/92 | Renovation/repairs to existing home | Approved | The Bilagodys had applied for replacement home in 1982, but that request was denied pursuant to the Hopi "moratorium" | 02/11/92 |
| Tohonnie, Elsie | Black Falls | 01/15/92 | Replacement of small shack (deteriorated beyond repair) with small one-bedroom home with electricity, cistern, septic tank, and drainage field | Denied (requested replacement larger than current residence). Approved septic tank | Approved revised application for same size replacement | 02/27/92 |
| Homer, Joe | Bodaway/Gap | 01/16/92 | Replacement of deteriorated hogan with same-size structure; connection to sanitation facilities and utilities | Denied ("the health reasons given do not justify the need for the extensive improvements") | On 03/06/92, in light of Hopi denial, Mr. Homer modified his request, limited to same-size replacement with no utilities, which was approved | 02/27/92 |
| Haskey, Mike | Tuba City | 01/17/92 | Replacement of mobile home destroyed by fire with permanent house | Denied ("policy is limited to replacement structures of the same type") | | 03/10/92 |
| Sloan, Leonard and Family | Bodaway/Gap | 01/22/92 | Replacement of small mud hogan (330 sq. feet; on verge of collapse) with two bedroom home for family of six with medical problems | Denied replacement ("the number of occupants does not justify a larger structure"), but approved utility hook-ups | Reversed on appeal | 02/27/92 |
| Rock, Mabel | Tonalea | 01/23/92 | Replacement of existing hogan (deteriorated beyond repair) with smaller hogan/utilities at same location; diabetic Navajo in poor health | Approved | | 02/27/92 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests



| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Benally, Shirley | Tuba City | 02/06/92 | Addition to current residence; repair | Request for addition denied; Repairs approved | | 03/10/92 |
| Littlefoot, Bahe | Tonalea | 02/11/92 | Replacement of severely deteriorated frame house | Approved | | 03/10/92 |
| Cameron Abandoned Mines Reclamation Project #2 | Cameron | 02/25/92 | Department of Interior proposal to clean-up remaining contaminated abandoned uranium mining sites in Cameron | No response on record | Hopi council did not act because they lacked quorum. Waiver request sent to Secretary of Interior 04/08/92, approved | |
| Jean, Harry | Tuba City | 02/28/92 | Replacement of existing hogan (deteriorated beyond repair) with small one-bedroom home; connection to utilities (500 ft. away) | Denied. Revised application for same size replacement approved | | 04/09/92 |
| Littleman, Huskie | Coalmine Mesa | 03/02/92 | Replacement of hogan (deteriorated beyond repair) with hogan of same size for elderly couple with multiple health problems | Denied | | 04/09/92 |
| Bennett, Esther | Bodaway/Gap | 03/12/92 | Replacement of existing home (deteriorated beyond repair) with small one-bedroom house | Approved | Utilities not requested because of Hopi Tribe's position that direct medical need is required | 09/15/92 |
| Navajo Arts and Crafts | Cameron | 03/12/92 | Improvements to existing tribal arts and crafts enterprise | No response on record | | |
| Tsosie, Harry | Bodaway/Gap | 03/16/92 | Addition to existing home to relieve overcrowding (512 sq. ft.; 8 full-time residents); Repair to exterior walls (rotting fiberboard, intended for use in insulation) | Approved | | 04/22/92 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Cody, Rosemary | Cameron | 03/17/92 | Replacement of home | Approved | Rosemary's husband died awaiting approval. BIA approved homesite lease | 04/22/92 |
| Johnson, Lee | Cameron | 03/19/92 | Replacement of severely dilapidated and unstable residence (piece-meal assemblage of trailer parts and scrap wood) for 2 adults and 7 children); addition of cistern, drainage field, and septic tank | Approved | | 04/22/92 |
| Yazzie, Sally | Coalmine Mesa | 03/19/92 | Bathroom addition/electrical wiring to meet medical needs | Approved | | 04/22/92 |
| Mann, Alfred | Tonalea | 03/19/92 | Replacement of unsound hogan with one-bedroom house for family of 4; addition of electrical wiring and internal plumbing | Denied | Hopi Tribe approved revised application for same size replacement | 04/22/92 |
| Yazzie, Zella | Tuba City | 03/30/92 | Addition to mobile home to accommodate 9-person family; home repairs | Approved | | 05/22/92 |
| Edgewater, Zella | Tuba City | 04/14/92 | Replacement of dilapidated hogan and waterline hook-up for elderly woman | Approved | | 05/22/92 |
| Junction Enterprises | Cameron | 04/28/92 | Business site renewal and request for improvements | Ignored | Hopi Tribe approved 10/00/92 AFTER Freeze lifted. Hopi Tribe attempted to make itself a party to the lease, and added a Hopi employment preference provision | |
| Yazzie, Sandra | Cameron | 05/05/92 | Utility hook-ups for elderly, insulin dependent women | Approved | | 05/22/92 |

# Bennett Freeze: Record of Hopi Responses to Navajo Requests

| Name of Navajo/Project | Location | Date of Request | Type of Request | Hopi Response | Notes | Date of Response |
|---|---|---|---|---|---|---|
| Scott, Leonard | Tonalea | 07/23/92 | Addition of one bedroom to daughter's existing home; utility hook-ups for elderly, handicapped person | Approved | | 09/08/92 |
| Manychildren, Mary Lou | Gray Mountain | 07/31/92 | Replacement of trailer destroyed by tornado with two-bedroom house for family of 4 | Approved | | 08/11/92 |
| Boone, Allen | Cameron | 08/06/92 | Replacement of home damaged by tornado | Approved | | 09/08/92 |
| Benally, Millie | Tonalea | 08/12/92 | Replacement of collapsed hogan | Approved | | 09/08/92 |
| Keams, Madge | Cameron | 08/19/92 | Replacement of home damaged by tornado | Approved | | 09/08/92 |
| Colorado, Wilson | Cameron | 09/01/92 | Replacement of home damaged by tornado | Approved | | 09/08/92 |
| Bennett, Bobby James | Tuba City | 09/09/92 | Replacement of existing home (roof and walls caved-in) | Approved | | 09/15/92 |