| | Public Works Projects | | | | |
|---|---|---|---|---|---|
| | Project Number | Description | Date Submitted | Hopi Response | BIA Response |
| 1 | Tuba City Hospital/High School Complex | Construction of Greyhills High School and additional housing for Indian Health Service personnel | 6/00/1967 | denied | approved by BIA |
| 2 | Tuba City Mutual Help Housing | ROW for electric powerline extension to serve Tuba City Housing Project | 12/1/1971 | approved by Hopi Tribe | |
| 3 | Cameron Water and Sewer Extensions | Extend water and sewer to Cameron residents | 7/24/72; 6/28/76; 8/4/78 | no response | approved by BIA |
| 4 | Rare Metals Housing | Repair of water and sewer system at former Rare Metals Uranium Processing Site | 1/1/1974 | approved by Hopi Tribe | |
| 5 | Pasture Canyon Irrigation | Proposal to Improve Pasture Canyon irrigation system to benefit both Navajo and Hopi farmers | 3/5/1974 | denied | |
| 6 | Gap/Cedar Ridge Water and Sewer Systems | IHS proposal to provide water system to benefit 30 homes in Gap Area | 3/18/75; 4/4/75; 2/23/77 | ignored | approved by BIA |
| 7 | N 20 Right of Way | Survey Road (N 20) from Gap North to Coppermine | 4/23/1975 | denied | |
| 8 | N 21 ROW | Request to approve right-of-way for paving existing road (N 21) to serve Red Lake and Kaibeto communities, including BIA schools | 4/23/1975 | denied | |
| 9 | N 6120 Right of Way | Survey unpaved road (N 6120) from Cedar Ridge | 8/14/1975 | denied | |
| 10 | N 6130 Right of Way | Survey Road (N 6130) from Cedar Ridge to Gap | 8/14/1975 | denied | |
| 11 | N 6110 Right of Way | Survey unpaved road (N 6110) west of Highway 89 at Cedar Ridge | 8/14/1975 | denied | |
| 12 | Sewage Lagoon, Tuba City | Request to repair leaking sewage lagoon adjacent to Moencopi Wash | 12/30/1975 | unknown | |
| 13 | Allen Construction Co. | Request Permit to remove 700 cubic yards of gravel east of Moencopi Village | 00/00/1976 | approved by Hopi Tribe | |
| 14 | Van Zee Water and Waste Lines (IHS NA-74-551) | HIS proposal to provide adequate domestic water and waste disposal facilities for 14 families residing near Van Zee | 6/28/76; 11/22/76 | denied | approved by BIA |
| 15 | Red Lake Power Line | Request to provide electrical service to Red Lake Community Housing Project, school and medical facility | 8/7/1976 | denied | approved by BIA |
| 16 | Cameron Sewage Lagoon | Request for sewer line and sewage lagoon | 8/11/1976 | no response on record | approved by BIA |
| 17 | Kerley Valley Water Distribution | Request for sewer line and sewage lagoon | 8/11/1976 | denied | approved by BIA |
| 18 | Gap/Cedar Ridge Powerline | Request to provide electricity to homes in the Cedar Ridge Community | 8/11/1976 | ignored | approved by BIA |

Exhibit 24 to
United States' Motion
DOJ166

| | Public Works Projects | | | | |
|---|---|---|---|---|---|
| | Project Number | Description | Date Submitted | Hopi Response | BIA Response |
| 19 | Tuba City High School and Indian Health Service Hospital | Construction of Tuba City High School and Indian Health Service Hospital | 1/1/1977 | approved by Hopi Tribe | |
| 20 | Tappan Springs Water Line | HIS proposal to develop a water system to serve 11 Navajo families that reside in Tappan Springs Area | 2/23/1977 | ignored | approved by BIA |
| 21 | Moenave Water Distribution | Develop domestic water and sewer system to serve 12 Navajo families | 2/23/1977 | ignored | approved by BIA |
| 22 | Cedar Ridge Water Distribution | Develop water distribution system to provide water service to 30 families | 2/23/1977 | ignored | approved by BIA |
| 23 | Cedar Ridge Water Distribution | Community Water System to provide water and sewage services to 50 families which have never had a domestic water supply | 1/27/1978 | ignored | approved by BIA |
| 24 | Indian Health Service Water System | HIS proposal to develop a domestic water supply and sewer system to serve 23 families living near the Old Tuba City airport | 8/4/1978 | no response | approved by BIA |
| 25 | Rare metals Powerline | Extension of powerline to Rare Metals | 2/8/1979 | denied | |
| 26 | West Tuba City Water Distribution | IHS Proposal to develop community water system to provide domestic water to 31 Navajo families | 3/26/1979 | denied | approved by BIA |
| 27 | Preston Mesa Powerline | ROW for electric powerline extension to serve families in Preston Mesa | 8/30/1979 | ignored | approved by BIA |
| 28 | Kerley Valley Sewer Extension | Extension of existing water distribution system of approx. 3,500 feet | 4/11/1980 | approved by Hopi Tribe | |
| 29 | Tuba City Landfill | request for public landfill in accordance with Public Health Code | 7/8/1980 | record unclear | appears to be approved |
| 30 | Tappan Springs Powerline extension | request to extend electrical service to 3 families in Freeze Area | 8/13/1980 | no response | |
| 31 | NTUA Water Well/Forest lake Powerline | Two part request to drill another NTUA Water Well to serve the residents of the Tuba City area, and to extend the existing power line from Black mesa to Forest Lake | 6/18/1981 | approved by Hopi Tribe | |
| 32 | Tuba City Water Irrigation Project | no description | 00/00/1982 | approved in part by Hopi Tribe | |
| 33 | Cedar Ridge Pre-School | Proposal to build preschool facility for unserved area | 5/13/1982 | no response | |
| 34 | Gap/Bitter Springs Powerline | Extend existing NTUA powerline from Gap north to Bitter Springs Housing Project | 4/14/1983 | denied | |
| 35 | Rare Metals Uranium Mine Reclamation | Cleanup of uranium processing facility (Rare Metals Uranium Mine Reclamation) | 5/3/1983 | approved by Hopi Tribe | |
| 36 | Arizona Public Service | Hopi Letter to Arizona Public Service Company stating Hopi's view that providing electrical hookups would be in violation of the law | 6/23/1983 | blank | Not actual proposal |

Exhibit 24 to
United States' Motion
DOJ167

| | Public Works Projects | | | | |
|---|---|---|---|---|---|
| | Project Number | Description | Date Submitted | Hopi Response | BIA Response |
| 37 | Arizona Public Service | request for easement for 12kv electric line | 3/21/1985 | no response | |
| 38 | Bodaway/Gap Water Extension | Extend existing water service to additional families | 10/19/1987 | no response | |
| 39 | Cameron School | Request by superintendent of school district for Hopi Tribal approval of Cameron School | 8/16/1988 | no response | |
| 40 | Western Navajo Fair | Request to build temporary structures for the annual Western Navajo Fair | 10/19/1988 | approved | |
| 41 | Coalmine Mesa Chapter House | Request for construction and renovations of projects within Chapter | 00/00/1989 | denied | Hopi Tribe did not actually deny, but instead stated that the request should come from the Navajo Nation |
| 42 | Cameron Vendor Village | Development of site for use by local arts and crafts vendors in Cameron | 1/3/1989 | unresolved | |
| 43 | State Highway 64 | Request for right-of-way easement | 1/10/1990 | no response | |
| 44 | Hidden Springs Water Rehabilitations Project | Develop artesian spring to conserve run off and eliminate seasonal water shortages. For family and livestock use. | 1/26/1990 | denied | |
| 45 | Gap Sewer Lagoon | Proposal to expand and renovate existing sewage lagoon to prevent further leaking and contamination | 2/16/1990 | denied expansion, but approved renovation | |
| 46 | Gap/Bodaway School Expansion | Replace existing primary school with new school | 2/28/1990 | denied | Hopi Tribe did not actually deny, but instead requested additional information |
| 47 | Bodaway Chapter House | Request to renovate Bodaway chapter house, which can no longer be used as community facility because of safety concerns | 4/9/1990 | approved by Hopi Tribe | |
| 48 | Billboards | Erect Billboards | 5/15/1990 | denied | |
| 49 | Coalmine Mesa Waterline Extension | Request to put in waterline extension to benefit District 3 permit holders grazing livestock south of well 3K-312 and U.S. Highway 264 and to prevent traffic accidents and resulting | 8/13/1990 | no response | |
| 50 | Cameron Sewage Lagoon Repairs | Proposal to remedy seepage from community Sewage Lagoon, which poses health hazards to humans and livestock | 9/24/1990 | approved by Hopi Tribe | |
| 51 | Coalmine Mesa Fire | Proposal to remedy health and safety concerns caused by underground mine fire burning in Coalmine Mesa | 9/26/90; 10/14/91 | approved by Hopi Tribe | |
| 52 | Western Navajo Fair | Request to build temporary structures for the annual Western Navajo Fair | 9/26/1990 | approved by Hopi Tribe | |
| 53 | Gap Sewer Lagoon | Relocate and expand sewer lagoon | 10/22/1990 | ignored | approved by BIA |
| 54 | Tuba City/Moenkopi Sewage Treatment Plant | Request for modifications | 2/20/1991 | approved by Hopi Tribe | |

Exhibit 24 to
United States' Motion
DOJ168

| | Public Works Projects | | | | |
|---|---|---|---|---|---|
| | Project Number | Description | Date Submitted | Hopi Response | BIA Response |
| 55 | Bridge Surveys | Request by BIA to survey 6 bridge locations | 2/20/1991 | denied | |
| 56 | Tuba City School | Request to drill for water | 5/2/1991 | no response | Hopi Tribe apparantely consented |
| 57 | Cameron Abandoned Mines Reclamation Project #1 | DOI proposed clean up of abandoned uranium mines in Cameron | 5/15/1991 | approved by Hopi Tribe | |
| 58 | Dine Association for Handicapped Citizens, Inc (DAHC) | Build residential and treatment center for severely handicapped Native American children | 7/1/1991 | denied | |
| 59 | Western Navajo Fair | build temporary structures for Western Navajo Fair | 7/8/1991 | no response | |
| 60 | Cameron Abandoned Mines Reclamation Project #2 | DOI proposal to clean-up remaining contaminated abandoned uranium mining sites in Cameron | 2/25/1992 | no response | approved by BIA?? |
| 61 | Navajo Arts and Crafts (Cameron) (NACE) | Improve existing tribal arts and crafts enterprise | 3/12/1992 | no response | |
| 62 | Junction Enterprises | Business site renewal and requests for improvements | 4/28/1992 | ignored | approved (I22) |
| 63 | Windmill #3A-149 -- Little Cowboy | replace storage tank and apparently waterline extension | 8/14/1996 | approved | |
| 64 | Windmill #3-T-541 -- Moenkopi Wash Area | replace storage tank | 8/15/1996 | approved | |
| 65 | Tonalea to Coalmine Mesa Powerline Extension | powerline extension | 8/14/1996 | denied | |
| 66 | Cedar Ridge Powerline Extension | powerline extension | 8/20/1996 | approved | |
| 67 | Tonalea Chapter Application for 12 bathroom additions | bathroom additions | unclear | approved | |
| 68 | Red Lake Waterline Extension | water line extension | unclear | approved | |
| 69 | Navajo Arts and Crafts | tribal arts and crafts enterprise | unclear | approved | |
| 70 | Waterline Extension | waterline extension | unclear | Hopi requested additional information | |
| 71 | Survey work (N608, N6731, N20, N21) | survey work | unclear | approved | |
| 72 | Solid Waste Transfer station | solid water transfer station for Gap/Bodaway Chapter | 4/28/1997 | approved | |

| | Public Works Projects | | | | |
|---|---|---|---|---|---|
| | **Project Number** | **Description** | **Date Submitted** | **Hopi Response** | **BIA Response** |
| 73 | White Mesa Regional Water System and associated ROW | Indian Health Services Projects NA-00-B03; NA-00-B48; NA-00-M79; NA-00-N24; NA-00-N25; NA-00-N26; NA-00-B83; Gopher Spring Extension | unclear | approved | |
| 74 | Enclosed Solid Waster Fille site and Associated Landfill Tract (Cedar Ridge) | Enclosed Solid Waster Fille site and Associated Landfill Tract (Cedar Ridge) | unclear | approved | |
| 75 | Rare Metals Water and Wastewater Project (NA-00-N10) | Rare Metals Water and Wastewater Project | 2/22/2001 | approved | |
| 76 | Cameron Sewer Lagoon Expansion and Associated Right of Ways (NA-98-860) | Cameron Sewer Lagoon Expansion and Associated Right of Ways | 11/00/2000 | approved | |
| 77 | Moenave Power Line Project | Moenave Power Line Project | unclear | approved | |
| 78 | Bodaway/Gap Elementary School | Bodaway/Gap Elementary School | unclear | approved | |
| 79 | White Mesa and Gopher Springs Extensions | unclear | unclear | approved | |
| 80 | Construction of water supply and waste disposal facilities with associated ROWs in | Construction of water supply and waste disposal facilities with associated ROWs in Southeast Cameron | 12/14/2000 | approved | |
| 81 | North Cameron Waterline extension project (SFA-15-00) | construction of water supply line, wasterwater disposal facilities, and bathroom additions for 25 homes with associated ROWs | 6/14/2000 | approved | |
| 82 | waterline extension (for David Begay) | waterline extension (for David Begay) | 2/25/1997 | approved | |
| 83 | waterline extension (8.5 miles) | waterline extension (8.5 miles) | 10/22/1997 | unclear | |
| 84 | Windmill #3K-329 -- Rock Pile | replacement of water well, well tower and water storage tank | 6/5/1999 | approved | |
| 85 | Gap Pre-School Construction | Gap Pre-School Construction | 5/13/1982 | approved | |
| 86 | Coal Mine Mesa housing development | Coal Mine Mesa housing development | unclear | denied | |
| 87 | Windmill #3K-325 (Owlhead Windmill) | repair windmill | unclear | unclear | |
| 88 | South Cameron mutual Help Seweage System | construction of sewer outfall line and sewage lagoon to serve the Mutual Help housing project and existing homes (55 homes) at Cameron | unclear | unclear | approved by BIA |
| 89 | Gap Trading Post | construct modern laundromat; convert building spaces to motel rooms; rmodel store interior and restrooms | unclear | unclear | |
| 90 | Junction Enterprises (Mini-Mart) | consent for renewal of the business lease; replacement and improvements to underground gasoline tank; renovations of and improvements to convenience store | 4/28/1992 | approved | |

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | Name | Description | Date Submitted | Hopi Response (according to Plaintiff) | BIA Response |
| 1 | Tso, Emmett | Replacement of burned out house | 00/00/1973 | Denied | |
| 2 | Nez, Renie | Application for new construction | 9/8/1976 | No response on record | |
| 3 | Zahaney, Rose | Provide electrical service to residence | 8/22/1978 | Denied | |
| 4 | Bennett, Bobby James | Hook up to electrical service | 1/7/1980 | Denied | |
| 5 | Lane, Keith & Dorothy | Request for approval of a monesite lease for family | 4/16/1980 | Denied | |
| 6 | Haskey, Mike | Replacement of burned out trailer | 00/00/1982 | Denied | |
| 7 | Saganitso, Victor Sr. | Replacement of existing house | 3/22/1982 | No response on record | |
| 8 | Keebahe, Norman | Replacement of inadequate Housing | 6/28/1982 | denied | |
| 9 | Bilagody, Stella | Replacement of 1-room shack | 7/6/1982 | Denied | |
| 10 | Mott, Billy | Replacement of existing two-room shack | 7/6/1982 | No response on record | |
| 11 | Techeeni, Jack and Mae | Replacement of dilapidated one-room shack | 7/6/1982 | Denied | |
| 12 | Yellowhair, Kahn | Room addition to existing residence | 7/6/1982 | No response on record | |
| 13 | Watson, Stella | Replacement of dilapidated hogan | 7/6/1982 | No response on record | |
| 14 | Nez, Chee | Replacement of stone hogan | 7/6/1982 | No response on record | |
| 15 | Tisi, Charley | Bathroom addition to existing residence | 7/6/1982 | No response on record | |
| 16 | Teacheenie, Jennie | Replacement for Deteriorated residence | 7/6/1982 | No response on record | |
| 17 | Keebahe, Norman | Request for approval of homesite lease | 7/28/1982 | No response on record | |
| 18 | Neztsosie, David | Request to build replacement house | 9/29/1982 | No response on record | |
| 19 | Kelly, Andrew Sr. | Request for waiver of homeside lease | 1/20/1983; 1/20/1984 | No response on record | |

Exhibit 24 to
United States' Motion
DOJ171

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | **Name** | **Description** | **Date Submitted** | **Hopi Response (according to Plaintiff)** | **BIA Response** |
| 20 | Bilagody, Stella | Request for replacement house | 7/13/1984; 6/26/1984 | No response on record | |
| 21 | Mott, Anna | Replacement of dilapidated house | 7/13/1984; 6/26/1984 | No response on record | |
| 22 | Tacheeni, Jack and Mae | Replacement of dilapidated house | 7/13/1984; 6/26/1984 | No response on record | |
| 23 | Manygoats, Margaret | Replacement of dilapidated house | 7/13/1984; 6/26/1984 | No response on record | |
| 24 | Yellowhair, Kahn | Room addition to existing residence | 7/13/1984; 6/26/1984 | No response on record | |
| 25 | Means, Kee John | Connection to electric line | 10/16/1984 | approved | |
| 26 | Anderson, Bob | Use of Pasture Canyon water for HUD housing construction | 11/19/1984 | Denied | |
| 27 | Black, Emma | Replace hogan | 10/21/1985 | No response on record | |
| 28 | Maize, Henry | Replace hogan | 8/5/1986 | No response on record | |
| 29 | George, Kenneth | Replace hogan | 10/22/1986 | Denied | |
| 30 | Nez, Willie and Family | Replace hogan | 10/26/1987 | Denied | |
| 31 | Arizona, Hotachellie | Replace hogan | 00/00/1988 | approved | |
| 32 | Dodson, Raymond and Christine | Construction of electric line; hook up | 4/19/1988 | No response on record | |
| 33 | Black, Helen | House repairs | 9/7/1988 | Denied | |
| 34 | Johnson, Dorothy | House repairs and electricity hookup | 9/7/1988 | Denied | |
| 35 | Secody, Mary | House repairs and electricity hookup | 9/7/1988 | Denied | |
| 36 | Secody, Marie | House repairs and electricity hookup | 9/7/1988 | denied | Hopi Tribe appears to have approved, not denied |
| 37 | Blackhat, Alfred | Insulation for hogan | 9/7/1988 | Denied | Denied |
| 38 | Blackhat, John | Renovation of house; electrical hookup | 9/7/1988 | Denied | Denied |

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | Name | Description | Date Submitted | Hopi Response (according to Plaintiff) | BIA Response |
| 39 | Yazzie, Victoria | Electrical hookup | 9/7/1988 | Denied | Denied |
| 40 | Maze, Henry and Rena | Electrical hookup | 9/7/1988 | Denied | Denied |
| 41 | Hoschaine, Edward and Darlene | Electrical hookup | 9/7/1988 | Denied | Denied |
| 42 | Redhouse, Lee | Electrical hookup | 10/12/1988 | no response | Hopi Tribe appears to have approved |
| 43 | Secody, Marie | Renovation and addition | 10/12/1988 | approved renovations but not addition | |
| 44 | Stevens, Flora | Renovation of house | 10/28/1988 | no response | BIA approved |
| 45 | Goodman, Theresa | Repair and addition to house | 11/7/1988 | no response | BIA approved |
| 46 | Stevens, Flora | Request for reconsideration | 12/20/1988 | No response on record | BIA approved |
| 47 | Whitesinger, Paul | Electrical hookup | 12/22/1988 | denied | Hopi letter is not a denial |
| 48 | Homer, Marie | Replacement of home | 3/10/1989 | Denied | unclear (BIA requested additional information) |
| 49 | Shorty, Billy | Replacement of hogan | 3/10/1989 (resubmitted 10/9/1989) | denied | BIA approved |
| 50 | Dugi, Delfred | Replacement of house | 3/10/1989; 7/26/1989; (resubmitted 10/5/1989) | ignored | Hopi Tribe actually approved in part |
| 51 | Williams, Lester | Replacement of house | 3/10/1989 (resubmitted 10/9/1989) | Denied | |
| 52 | Dodson, Harry | Replacement of house | 3/10/1989 (resubmitted 10/9/1989) | denied | BIA approved |
| 53 | Bilagody, Stella | Replacement of house | 8/22/1989 | approved renovations but not addition | |
| 54 | Blackhat, John | Repair roof | 8/28/1989 | approved | |
| 55 | Begay, Glenmore | Replace hogan | 9/13/1989; 1/2/1990 | denied | Hopi Tribe reconsidered and granted in part |
| 56 | Dougi, Delfred | Replace trailer | 10/5/1989 | approved | |
| 57 | Begay, John and Sarah | Replace house | 2/13/1990 | approved | |

Exhibit 24 to
United States' Motion
DOJ173

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | Name | Description | Date Submitted | Hopi Response (according to Plaintiff) | BIA Response |
| 58 | Williams, Lester | Water line hookup | 2/21/1990 | no response | Hopi Tribe actually approved |
| 59 | Manygoats, Bessie | Replacement of residence; electric hookup | 5/4/1990 | denied | Hopi Tribe actually approved |
| 60 | Yellowhair, Joe | Replacement of hogan | 5/4/1990; 10/22/1990 | Denied | |
| 61 | Loretta, John | Replace structures | 5/7/1990 | Denied | |
| 62 | Blackhat, Joe | Replace structures | 5/8/1990 | Denied | |
| 63 | Keebahe, Margaret | Replace hogan | 6/12/1990 | Denied | |
| 64 | Badonie, Susan | Construct house | 8/10/1990 | no response | Hopi Tribe actually approved |
| 65 | Dandy, Cora | repair house | 8/28/1990 | approved | |
| 66 | Farrell, James | Renovate and repair house | 8/31/1990 | approved | |
| 67 | Farrell, Betty | Renovate house and build hogan | 8/31/1990 | approved | |
| 68 | Begay, LaVonne | Replace burned-out home | 9/17/1990 | approved | |
| 69 | Adams, Bill | Replace hogan; add utilities | 9/18/1990 | approved in part | |
| 70 | Begay, Jessie Lee | Replace burned-out home and add utilities | 9/18/1990 | approved in part | |
| 71 | Yazzie, Gene and Lucinda | Replace burned out trailer | 9/20/1990 | approved | |
| 72 | Yazzie, Larry | Replace hogan | 10/2/1990 | denied | approved by BIA |
| 73 | Homer, Rose | Add bedroom and repair | 10/2/1990 | approved in part | approved by BIA |
| 74 | Hoschaine, Darlene | Replace shack | 10/9/1990 | denied | approved by BIA |
| 75 | Homer, Marie | Replace shack | 10/16/1990 | Denied | |
| 76 | Secody, Grace | Replace burned out hogan | 2/12/1991 | Denied | |

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | Name | Description | Date Submitted | Hopi Response (according to Plaintiff) | BIA Response |
| 77 | Mott, Anna | Replace Roof | 5/7/1991 | approved | |
| 78 | Dugi, Sherman and Louise | Repair existing structure | 5/8/1991 | approved | |
| 79 | Keebahe, Tom | Repair existing structure | 6/19/1991 | approved | |
| 80 | Bedonie, Susan | Renovate and repair house | 8/10/1991 | approved | |
| 81 | Smith, Stanley | Replace burned out house | 10/1/1991 | approved | |
| 82 | Manygoats, Marie | Replace deteriorated home | 10/21/1991 | approved | |
| 83 | Whiterock, Jerry | Replace residence | 11/3/1991 | approved | |
| 84 | John, Lorraine | Replace burned out house | 11/13/1991 | approved | |
| 85 | Smith, Sadie | Replace shack | 11/13/1991 | Denied | |
| 86 | Widehat, Phyllis | Replace burned out house | 11/14/1991 | approved | |
| 87 | Martin, Mary | Replace burned out house | 11/15/1991 | Denied | |
| 88 | Johnson, Ernest | Replace house | 12/2/1991 | approved | |
| 89 | Homer, Gary | Replace house | 12/4/1991 | approved | |
| 90 | Curley, Lucinda and Neal | Replace house | 12/5/1991 | approved | |
| 91 | Black, Towlie | Replace hogan and add utilities | 12/13/1991 | approved in part | |
| 92 | Yellowhair, Loren | Replace burned out trailer | 12/16/1991 | denied | Hopi Tribe actually approved |
| 93 | Bilagody, Elizabeth and Harry | renovations | 1/2/1992 | approved | |
| 94 | Tohonnie, Elsie | replace shack | 1/15/1992 | approved | |
| 95 | Homer, Joe | replace hogan | 1/16/1992 | Denied | |

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | Name | Description | Date Submitted | Hopi Response (according to Plaintiff) | BIA Response |
| 96 | Haskey, Mike | replace mobile home | 1/17/1992 | Denied | |
| 97 | Sloan, Leonard and Family | replace hogan | 1/22/1992 | approved in part | BIA approved |
| 98 | Rock, Mabel | replace hogan | 1/23/1992 | approved | |
| 99 | Benally, Shirley | addition to residence and repair | 2/6/1992 | approved in part | |
| 100 | Littlefoot, Bahe | Replace deteriorated home | 2/11/1992 | approved | |
| 101 | Jean, Harry | replace hogan | 2/28/1992 (original); 6/17/1992 (revised) | approved | |
| 102 | Littleman, Huskie | replace hogan | 3/2/1992 | Denied | |
| 103 | Bennett, Esther | replace home | 3/12/1992 | approved | |
| 104 | Tsosie, Harry | add to home | 3/16/1992 | approved | |
| 105 | Cody, Rosemary | replace home | 3/17/1992 | approved | |
| 106 | Johnson, Lee | Replace building | 3/19/1992 | approved | |
| 107 | Yazzie, Sally | Bathroom addition to existing residence | 3/19/1992 | approved | |
| 108 | Mann, Alfred | replace hogan | 3/19/1992 (original); 6/16/1992 (revised) | approved | |
| 109 | Yazzie, Zella | add to home | 3/30/1992 | approved | |
| 110 | Edgewater, Zella | replace hogan | 4/14/1992 | approved | |
| 111 | Yazzie, Sandra | utility hookup | 5/5/1992 | approved | |
| 112 | Scott, Leonard | add bedroom | 7/23/1992 | approved | |
| 113 | Manychildren, Mary Lou | replace trailer | 7/31/1992 | approved | |
| 114 | Boone, Allen | replace home | 8/6/1992 | approved | |

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | Name | Description | Date Submitted | Hopi Response (according to Plaintiff) | BIA Response |
| 115 | Benally, Millie | replace hogan | 8/12/1992 | approved | |
| 116 | Keams, Madge | replace home | 8/19/1992 | approved | |
| 117 | Colorado, Wilson | replace home | 9/1/1992 | approved | |
| 118 | Bennett, Bobby James | replace home | 9/9/1992 | approved | |
| 119 | Zilth, Leo | construction of three-bedroom replacement structure | unclear | approved | |
| 120 | Dickens, Edward | construction of one-bedroom house | unclear | approved | |
| 121 | Preston, Lavon | replace structure | unclear | approved | |
| 122 | Hoschain, Hannah | replace structure | unclear | approved | |
| 123 | Secody, Tom | unclear | unclear | approved | |
| 124 | Yazzie, Kee | unclear | unclear | approved | |
| 125 | Watson, Lena | unclear | unclear | approved | |
| 126 | Attakai, Elroy | unclear | unclear | approved | |
| 127 | Hanks, Laura | unclear | unclear | approved | |
| 128 | Bennett, Esther | finish construction of house | 5/16/1996 | denied | |
| 129 | Dougi, Kee | finish construction of house | 5/16/1996 | denied | |
| 130 | Dougi, Jean | finish construction of house | 5/16/1996 | approved | |
| 131 | Begay, Lena | finish construction of house | 5/16/1996 | approved | |
| 132 | Jefferson, Lorraine | finish construction of house | 5/16/1996 | approved | |
| 133 | Lane, Henry | finish construction of house | 5/16/1996 | approved | |

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | Name | Description | Date Submitted | Hopi Response (according to Plaintiff) | BIA Response |
| 134 | Tso, Billy | finish construction of house | 5/16/1996 | denied | |
| 135 | Grey, Tom | finish construction of house | 5/16/1996 | denied | |
| 136 | Shaw, Florence | finish construction of house | 5/16/1996 | approved | |
| 137 | Fowler, Mary | finish construction of house | 5/16/1996 | approved | |
| 138 | Onesalt, Edwin | home replacement | unclear | approved | |
| 139 | Dougi, Belle | home replacement | unclear | approved | |
| 140 | Farley, Lillie | installation of cistern and septic tank | unclear | approved | |
| 141 | Delmar, George | replace structure | unclear | approved | |
| 142 | Butler, Billy | replace structure | unclear | approved | |
| 143 | Hoover, Thomas | replace structure | unclear | approved | |
| 144 | Bennett, Ella | replace structure | unclear | approved | |
| 145 | Secody, Isabel | replace structure | unclear | approved | |
| 146 | Secody, Marlinda | utility hookup | unclear | approved | |
| 147 | Wilson, Joan | unclear | unclear | approved | |
| 148 | Bedonie, Gilbert | unclear | unclear | approved | |
| 149 | Tracy, Nita | unclear | unclear | approved | |
| 150 | Brown, Belinda | unclear | unclear | approved | |
| 151 | Begody, Pauline | replace structure | 2/22/1996 | approved | |
| 152 | Saliego, Kee | unclear | unclear | approved | |

Exhibit 24 to
United States' Motion
DOJ178

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | Name | Description | Date Submitted | Hopi Response (according to Plaintiff) | BIA Response |
| 153 | Begody, Westley | unclear | unclear | approved | |
| 154 | Belone, Wilfred | home site lease; construction of new home; utility hookup | 4/9/2003 | approved | |
| 155 | Yazzie, John B. and Shirley | new home with utilities | 11/13/2000 | approved | |
| 156 | Yazzie, Frank and Bessie | new home with utilities | 11/13/2000 | approved | |
| 157 | Teller, Darlene | home site lease; construction of new home | unclear | approved | |
| 158 | Roan, Elvan and Laura | home site lease; utility line hookup | 2/24/2004 | approved | |
| 159 | June, Jacqueline | replace burned out structure | 1/13/2004 | approved | |
| 160 | Begay, Judas and Nora | construct new home and utility hookup | 1/15/2004 | approved | |
| 161 | Goodman, Alice and Theresa | construct new relocation home and utility hookup | 1/15/2004 | approved | |
| 162 | Jasper, Lena | construct new home and utility hookup | 8/28/203 | approved | |
| 163 | Todacheene, Lance Yale | construct new home | unclear | approved | |
| 164 | Curley, Alex | water hookup | unclear | approved | |
| 165 | Badonie, James F. | replace home and utility hookup | unclear | approved | |
| 166 | Bilagody, Elvin and Bessie | utility hookup | unclear | approved | |
| 167 | Bia, Andrew and Cara Jean | home site lease; construction of new home; utility hookup | unclear | approved | |
| 168 | Billy, Llyd and Nora | home site lease; construction of new home; utility hookup | unclear | approved | |
| 169 | Allen, Rosie | home site lease; construction of new home; utility hookup | unclear | denied | |
| 170 | Bracker, Norma Jean | unclear | unclear | approved | |
| 171 | Bighorse, Darrell Reed | home site lease; construction; utility hookup | unclear | approved | |

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | Name | Description | Date Submitted | Hopi Response (according to Plaintiff) | BIA Response |
| 172 | Begay, Mamie Yazzie | homesite lease | unclear | approved | |
| 173 | Yazzie, Johathn and Corina | home site lease; construction; utility hookup | unclear | approved | |
| 174 | Nez, Ronald Herbert and Flora | unclear | unclear | denied | |
| 175 | Belone, Frank and Diane | utility hookup | unclear | approved | |
| 176 | Alcott, Mike and Hatathlie, Carol Jean | home site lease; construction; utility hookup | unclear | approved | |
| 177 | Belone, Patricia | construction of new home | unclear | approved | |
| 178 | Denetsosie, Lester and Zonnie | construction of new home | unclear | approved | |
| 179 | Burke, Jimmie and Irene | home site lease | unclear | approved | |
| 180 | Chee, Keith | construction of new home | unclear | approved | |
| 181 | Manywhisters, Sonny | construction of new home | unclear | approved | |
| 182 | Hanks, Emma | construction of new home | unclear | approved | |
| 183 | Begay, Leo H. | construction of new home | unclear | denied until further review | |
| 184 | Grey, Tom | unclear | unclear | approved | |
| 185 | Bennett, Esther | unclear | unclear | approved | |
| 186 | Hadley, Jerry | construction of new home | unclear | approved | |
| 187 | Keetso, Charlene | construction of new home | unclear | approved | |
| 188 | Sloan, Charlie | construction of new home | unclear | approved | |
| 189 | Chee, Rose | unclear | unclear | approved | |
| 190 | Scott, Doc | unclear | unclear | denied until further review | |

Exhibit 24 to
United States' Motion
DOJ180

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | Name | Description | Date Submitted | Hopi Response (according to Plaintiff) | BIA Response |
| 191 | Hoover, Thomas and Anita | utility hookup | unclear | approved | |
| 192 | Little, Laura | unclear | unclear | unclear | |
| 193 | Cattlechaser, Dennis | unclear | unclear | unclear | |
| 194 | Bilagody, Elizabeth | water hookup | unclear | approved | |
| 195 | Keebahe, Tom | renovation and repiar work | unclear | approved | |
| 196 | Zahne, Dewey | replace burned out structure | 1/26/1996 | unclear | |
| 197 | Begay, Lena | replace burned out structure | 1/26/1996 | unclear | |
| 198 | Neztsosie, David | unclear | unclear | unclear | |
| 199 | Ashike, Violet | Repair and addition to house | 11/7/1988 | unclear | BIA approved |
| 200 | McCabe, Alfred, Sr. | Repair and addition to house | 11/7/1988 | unclear | BIA approved |
| 201 | Babbitt, Louise | powerline extension | unclear | unclear | |
| 202 | Shorty, Billy | construction of ceremonial structure | 1/9/1990 | unclear | |
| 203 | Williams, Lester | construction of ceremonial structure | 1/9/1990 | unclear | |
| 204 | Shorty, Billy | construction of replacement house | 2/5/1990; 8/10/1990 | approved | |
| 205 | Miles, Cecil | construction | unclear | denied | |
| 206 | Gleason, Mary Lou | construction | unclear | denied | |
| 207 | Dickerson, David | construction | unclear | denied | |
| 208 | Bahe, Benjamin | construction | unclear | denied | |
| 209 | Wilson, Harriet | construction | unclear | denied | |

| Individual Tribal Members | | | | | |
|---|---|---|---|---|---|
| | **Name** | **Description** | **Date Submitted** | **Hopi Response (according to Plaintiff)** | **BIA Response** |
| 210 | Lewis, Dennis | construction | unclear | denied | |
| 211 | Begay, James | construction | unclear | denied | |
| 212 | Begay, Percy | construction | unclear | denied | |
| 213 | Francis, Michael | construction | unclear | denied | |
| 214 | Coppermine First Baptist Church | homsite lease request | unclear | approved | |
| 215 | Bilagody, Michael S. | utility hookup | unclear | approved | |
| 216 | Preston, Johnny and Mary | homsite lease request | unclear | approved | |
| 217 | Preston, Lucita | homesite lease | unclear | approved | |
| 218 | Jean, Harry and Mae Lee | homesite lease | unclear | approved | |