# In the United States Court of Federal Claims

No. 88-508L
(Filed: July 1, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
NAVAJO NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the court's order of February 14, 2008, a telephonic status conference will be held Monday, July 14, 2008, at 4:00 p.m. eastern (2:00 p.m. mountain, and 1:00 p.m. pacific). Participants will use a call-in number provided by defendant. The call will be digitally recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge