**Electronically Filed on July 14, 2008**

**IN THE UNITED STATES**

**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION, | ) | |
| | ) | No. 1:88-cv-00508 |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Eric G. Bruggink |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**MOTION FOR CHANGE OF ATTORNEY**

The Navajo Nation, Plaintiff herein, moves pursuant to RUSCC 81(d)(4), for a change of attorney in the above-referenced action, from Bruce R. Greene to Scott B. McElroy, whose address and telephone number are set forth as follows:

Scott B. McElroy
Greene, Meyer & McElroy, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
Telephone: 303-442-2021
Facsimile: 303-444-3490
E-mail: smcelroy@greenelawyer.com

Mr. McElroy was admitted to practice before this Court on September 1, 1988.

Pursuant to RUSCC 83.1(c)(4), this motion is accompanied by an affidavit of appointment executed by Scott B. McElroy, and signed consent of the prior attorney of record, Bruce R. Greene.

Dated: July 14, 2008

Respectfully submitted,

Scott B. McElroy
Greene, Meyer & McElroy, P.C.
1007 Pearl St., Suite 220
Boulder, Colorado 80302
303-442-2021