**IN THE UNITED STATES**

**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION, | ) | |
| | ) | No. 1:88-cv-00508 |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Eric G. Bruggink |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**AFFIDAVIT OF APPOINTMENT**

I, Scott B. McElroy, an attorney in good standing who is duly licensed to practice before this Court, declare as follows:

1. I am a partner of Bruce R. Greene and have been requested to assume the representation of Plaintiff in *Navajo Nation v. United States*, case number 1-88-cv-00508, in the place and stead of Bruce R. Greene.

2. I have agreed to assume the representation of Plaintiff in this case.

3. I have obtained the signed consent of Bruce R. Greene regarding this change in Plaintiff's attorney and have attached same to this affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 14, 2008

Scott B. McElroy, Attorney for Plaintiff
Navajo Nation