**IN THE UNITED STATES**

**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE NAVAJO NATION, | ) | |
| | ) | No. 1:88-cv-00508 |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Eric G. Bruggink |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

**CONSENT**

I, Bruce R. Greene, state as follows:

1. I was formerly the attorney of record for Plaintiff, Navajo Nation, in case number 1-88-cv-00508, entitled *Navajo Nation v. United States*.

2. I hereby consent to the substitution of Scott B. McElroy, of Greene, Meyer & McElroy, P.C., as attorney for Plaintiff in said case in my place and stead.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 8, 2008

Bruce R. Greene