# In the United States Court of Federal Claims

No. 88-508L
(Filed: July 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * *
NAVAJO NATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

On January 14, 2008, defendant filed a motion for the adoption of a proposed case management plan, asking the court to lift the stay of proceedings and allow defendant to file a dispositive motion. We partially granted that motion, lifted the stay, and allowed the filing of a dispositive motion on February 14, 2008. Plaintiff, however, was not required to respond until after the court reviewed the motion and determined if a response was necessary. Defendant filed its motion for judgment on the pleadings or in the alternative for summary judgment on June 2, 2008. After review of the motion and based on the representations made during the telephonic status conference held on July 17, 2008, the following is ordered:

1. Plaintiff is required to respond to the motion with the exception of one legal theory. Plaintiff is not required to respond to defendant's motion for summary judgment on plaintiff's takings claims based on the test articulated in *Penn Central Transportation Co. v. New York City*, 438 U.S. 104 (1978). Resolution of those claims is reserved for another day.

2. Plaintiff shall file its response and any cross-motion on or before October 3, 2008.

3. Defendant shall file its reply on or before October 24, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge